UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

David C. Casas, Troy D. Clark, William M. Soule, and Sheila A. Sampson on behalf of themselves and other past and present employees similarly situated,

Plaintiffs,

v.

Conseco Finance, Inc., a wholly owned subsidary of Conseco, Inc.,

Defendant.

Case No. 00-1512 JRT/SRN

**STIPULATION TO SECOND AMENDED COMPLAINT AND ORDER**

---

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective undersigned attorneys, that the Complaint in the present action may be, and is hereby, amended to reflect the addition of Plaintiff, Sheila A. Sampson, as a party to the above-referenced action. Defendant's Answer to Plaintiffs' Amended Complaint will be considered the Answer to this Second Amended Complaint and Defendant will not be required to file an additional Answer.

Dated: 9-7-00

**NICHOLS KASTER & ANDERSON**

Donald H. Nichols #78918
Paul J. Lukas, #22084
Attorneys for Plaintiff
4644 IDS Center
Minneapolis MN 55402-2242
(612) 338-1919

FILED SEP 08 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: Sept 7, 2000

**BRIGGS & MORGAN**

Richard G. Mark, # 67581
Attorneys for Defendant
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

**ORDER**

Consistent with the above-stipulation, it is hereby ORDERED that Plaintiffs may serve and file their Second Amended Complaint.

Susan Richard Nelson
UNITED STATES MAGISTRATE JUDGE