UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

David C. Casas, Troy D. Clark, Patrick Hogan, Linda L. Souder, William M. Soule, and Sheila A. Sampson on behalf of themselves and other past and present employees similarly situated,

Plaintiffs,

v.

Conseco Finance, Inc., a wholly owned subsidary of Conseco, Inc.,

Defendant.

Case No. 00-1512 JRT/SRN

**STIPULATION AND ORDER FOR FILING OF CONSENT FORMS**

---

Plaintiffs purport to bring this action on behalf of themselves and "similarly situated employees" pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 et seq. and the Minnesota Fair Labor Standards Act, Minn. Stat. § 177.01 et seq. Although § 216 of the FLSA requires that "similarly situated employees" who wish to participate in the action file a written consent form, it does not provide guidance on the procedure for adding these additional employees as plaintiffs in the action. Therefore:

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective undersigned attorneys, that the filing of the consent forms with the Clerk of Court and service of the consent forms on Defendant will be sufficient to include the similarly situated employee as a plaintiff in this action.

Defendant reserves the right to object at any time to the addition of plaintiffs that it does not believe are proper parties in this action. Likewise, Defendant will not be required to file amended answers with the addition of these plaintiffs.

FILED OCT 17 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Dated: 10-16-00

**NICHOLS KASTER & ANDERSON**

Donald H. Nichols #78918
Paul J. Lukas, #22084
Attorneys for Plaintiff
4644 IDS Center
Minneapolis MN 55402-2242
(612) 338-1919

Dated: 10/16/00

**BRIGGS & MORGAN**

Richard G. Mark, #67581
Jason M. Hedican, #271548
Attorneys for Defendant
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

**ORDER**

Consistent with the above-stipulation, it is hereby ORDERED that additional plaintiffs may be added to this action by filing a signed consent form with the Clerk of Court without additional stipulations or motions to amend. The Clerk of Court will not be required to docket the additional plaintiffs upon receipt of these consent forms.

Oct. 17, 2000

Susan Richard Nelson
UNITED STATES MAGISTRATE JUDGE