UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

David C. Casas, Troy D. Clark, Patrick Hogan, Linda L. Souder, and William M. Soule on behalf of themselves and other past and present employees similarly situated,

Plaintiffs,

v.

Conseco Finance Servicing, Corp., a wholly owned subsidiary of Conseco, Inc.,

Defendant.

Court File No. 00-1512 JRT/SRN

**STIPULATION AND PROTECTIVE ORDER**

---

**WHEREAS** Plaintiffs are or were employed by Defendant Conseco Finance Servicing Corp. ("Conseco") as loan originators;

**WHEREAS** Plaintiffs purport to bring this action on behalf of themselves and others similarly situated, including several individuals currently employed by Conseco;

**WHEREAS** one of the Plaintiffs has on two occasions utilized Conseco's e-mail system to communicate with current employees regarding the above-captioned litigation;

**WHEREAS** Conseco alleges these e-mails contained misleading and inaccurate information and have caused disruptions to Conseco's business operations; and

FILED OCT 27 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

**WHEREAS** the parties' desire to avoid any future disruptions to Conseco's business operations from the unauthorized use of Conseco's e-mail systems for non-business purposes and to resolve these issues without Court intervention;

**NOW, THEREFORE**, the parties hereto agree to and stipulate as follows:

1. Plaintiffs' counsel will advise all current Plaintiffs in this action and any future individual who consents in the future to join this action that the use of Conseco's e-mail system for non-business purposes is strictly prohibited;

2. Plaintiffs' counsel will distribute written notice to all current Plaintiffs, copied to Conseco, advising them that the e-mails previously distributed by "cashfromconseco@aol.com" were not authorized by Plaintiffs' counsel or the Court, may have contained inaccurate information and are not to occur again;

3. Conseco may distribute a copy of the aforementioned notice to all current loan originators;

4. Plaintiffs will not directly or indirectly utilize Conseco's e-mail system to communicate any information regarding the underlying litigation to current or potential plaintiffs;

5. Violation of this Stipulation will allow Conseco to seek appropriate relief from the Court.

Dated: 10-25-00

**NICHOLS, KASTER & ANDERSON**

By: ______________________
Paul J. Lukas (#22084X)
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2242

**ATTORNEYS FOR PLAINTIFFS**

Dated: 10/25/00

**BRIGGS AND MORGAN**

By: ______________________
Jason M. Hedican, #271548
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

**ATTORNEYS FOR DEFENDANT**

**ORDER**

It is so ordered.

Dated: October 27, 2000

______________________
Susan Richard Nelson
United States Magistrate Judge

1221593.2

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

OFFICE OF THE CLERK
316 N. Robert St., Rm 708
St. Paul, MN 55101

## Clerks Notice In Re: Protective Order

---

A Protective/Confidentiality Order has been entered in this action. You must comply with the guidelines set forth below when filing confidential original documents with the Clerk of U. S. District Court. Failure to do so will cause the documents to be returned.

***Guidelines for filing with the Clerk:***

A. Documents are to be sealed (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 (LR5.1 All pleadings, motions, and other papers presented for filing shall be on 8 ½ x 11 inch white paper...flat and unfolded. This rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts.)

B. Each envelope must list the following information, and each document is to be in a separate envelope.
- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on each envelope. Motions, affidavits and memorandums are considered three separate documents).
- The word "SEALED" or "CONFIDENTIAL"

***Guidelines for filing with a U. S. District Judge or Magistrate Judge:***

In addition to the above procedures, copies for delivery to the U. S. District Judge or U. S. Magistrate Judge are to be marked accordingly and bound together as a set.