UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

David C. Casas, Troy D. Clark, Patrick Hogan, Linda L. Souder, and William M. Soule on behalf of themselves and other past and present employees similarly situated,

Plaintiffs,

v.

Conseco Finance Servicing, Corp., a wholly owned subsidiary of Conseco, Inc.,

Defendant.

Court File No. 00-1512 JRT/SRN

**ORDER**

---

The above-captioned matter came on for telephone hearing on November 3, 2000, before the Honorable Magistrate Judge Susan R. Nelson, Courtroom C, Room 230, Federal Building, 316 Robert Street, St. Paul, Minnesota, on the motion by Defendant, Conseco Finance Servicing Corp. for a Protective Order staying the 30(b)(6) deposition scheduled for November 7, 2000, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure.

Paul J. Lukas, Nichols, Kaster & Anderson appeared on behalf of the Plaintiffs. Richard G. Mark, Briggs and Morgan, P.A., appeared on behalf of Defendants.

FILED NOV 09 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________

Based upon all the files, records, and proceedings herein, the Court being otherwise duly advised in the premises,

**IT IS HEREBY ORDERED** that:

1. Plaintiffs' 30(b)(6) deposition of Defendant scheduled for November 7, 2000, is continued until a mutually agreeable date of November 13, 14, or 15, 2000.

2. The scope of any such deposition shall be limited to the issue of whether loan originators employed by Conseco outside of Minnesota are similarly situated to the named Plaintiffs.

3. For any loan originator currently or formerly employed by Conseco who files a consent in this action after the date of this Order, his or her statute of limitations shall be tolled for seven calendar days beginning on November 10, 2000.

Dated: November 9, 2000

Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge