**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**David C. Casas, Troy D. Clark, Patrick Hogan, Linda L. Souder, and William M. Soule on behalf of themselves and other past and present employees similarly situated,**

**Plaintiffs,**

**v.**

**Conseco Finance Servicing Corp., a wholly owned subsidiary of Conseco, Inc.,**

**Defendant.**

**Civil No. 00-1512 (JRT/SRN)**

**ORDER**

SUSAN RICHARD NELSON, United States Magistrate Judge

The above-entitled matter was heard by the undersigned United States Magistrate Judge on October 31, 2000. At the hearing, and by order, the Court directed Plaintiffs "to amend the Complaint to include a paragraph better defining the potential class of similarly situated employees." (Order dated Nov. 6, 2000, Doc. No. 33, p. 6.) After reviewing Plaintiffs' proposed Third Amended Complaint, the Court finds that Plaintiffs' amendment meets this requirement.

**THEREFORE, IT IS HEREBY ORDERED** that:

1) Plaintiffs are granted leave to file the Third Amended Complaint in the attached form.

2) Plaintiffs are required to file the Third Amended Complaint with the Clerk of Court within one week of this Order.

Dated: November 30, 2000

SUSAN RICHARD NELSON
United States Magistrate Judge

FILED DEC 01 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

David C. Casas, Troy D. Clark, Patrick Hogan, Linda L. Souder, William M. Soule, Sheila A. Sampson, Willis J. Guyot, Matthew A. McDevitt and James P. Brandt on behalf of themselves and other past and present employees similarly situated,

Plaintiffs,

v.

Conseco Finance Servicing Corp., a wholly owned subsidary of Conseco, Inc.,

Defendant.

Case No. 00-1512 JRT/SRN

**THIRD AMENDED COMPLAINT (JURY TRIAL DEMANDED)**

1. Plaintiffs are the individuals named above and those who have filed consent forms consistent with the Stipulation and Order filed in this matter on October 17, 2000. Plaintiffs bring this action on behalf of themselves and other past and present similarly situated employees.

2. Defendant, Conseco Finance Servicing Corp., is a Delaware corporation doing business in the State of Minnesota and throughout the United States. Its principal place of business is in St. Paul, Minnesota. Conseco Finance Servicing Corp. is a wholly owned subsidiary of Conseco, Inc.

3. Plaintiffs, and the similarly situated employees, are individuals who were or are currently employed by Defendant as loan originators at its numerous locations across the country.

4. During their employment with Defendant, Plaintiffs and the similarly situated employees routinely worked in excess of forty (40) and forty-eight (48) hours without compensation.

5. This practice violates the provisions of the Federal Fair Labor Standards Act, including 29 U.S.C.§§ 201 <u>et seq.</u>

6. This practice also violates the provisions of the Minnesota Fair Labor Standards Act, Minn. Stat. § 177.01 <u>et seq</u>.

WHEREFORE, Plaintiffs demand:

1. Judgment against Defendant for an amount equal to Plaintiffs' unpaid back wages at the applicable overtime rate;
2. An equal amount as liquidated damages;
3. All costs and attorney's fees incurred pursuant to this claim;
4. A permanent injunction prohibiting Defendant's continued violation of the Federal Fair Labor Standards Act and Minnesota Fair Labor Standards Act;
5. Leave to add additional plaintiffs by motion, the filing of written consent by such additional plaintiffs, or, any other method approved by the Court; and,
6. For such further relief as the Court deems just and equitable.

Dated: ______________________

NICHOLS KASTER & ANDERSON

______________________________

Donald H. Nichols #78918
Paul J. Lukas #22084
4644 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 338-1919
ATTORNEYS FOR PLAINTIFFS