**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**David C. Casas, Troy D. Clark, Patrick Hogan, Linda L. Souder, and William M. Soule, and Sheila A. Sampson on behalf of themselves and other past and present employees similarly situated,**

**Plaintiffs,**

**v.**

**Conseco Finance, Inc., a wholly owned subsidiary of Conseco, Inc.,**

**Defendant.**

**Civil No. 00-1512 (JRT/SRN)**

**ORDER**

---

The above-entitled matter came on for hearing upon Plaintiffs' Motion to Amend the Scheduling Order. Based upon the memoranda, exhibits and all the files and proceedings herein, the Court makes the following:

**ORDER**

Plaintiffs' Motion to Amend the Scheduling Order is granted in part and denied in part. As the Court ruled from the bench, all motions which seek to add plaintiffs must be served by April 15, 2001. Any motion seeking to add defendant Conseco Finance must have been served by March 1, 2001. Any motion to amend the pleadings to add a claim for willful conduct must be brought on or before June 1, 2001. All other dates in the Order shall remain the same.

FILED MAR - 9 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: March 9, 2001

Susan Richard Nelson
United States Magistrate Judge