**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**David C. Casas, Troy D. Clark, Patrick Hogan, Linda L. Souder, and William M. Soule on behalf of themselves and other past and present employees similarly situated,**

**Plaintiffs,**

v.

**Conseco Finance, Inc., a wholly owned subsidiary of Conseco, Inc., and Conseco Finance Corporation,**

**Defendants.**

**Civil No. 00-1512 (JRT/SRN)**

**SECOND AMENDED PRETRIAL SCHEDULING ORDER**

---

On April 20, 2001, the above-entitled matter came before the undersigned United States Magistrate Judge on Plaintiffs' request to amend the Pretrial Scheduling Order. The Court, having heard the arguments of counsel, hereby amends the Pretrial Scheduling Order (**amendments appear in bold**). This Second Amended Pretrial Scheduling Order also incorporates the Order issued on March 9, 2001, amending the dates to add plaintiffs, add defendant Conseco Finance, and to add a claim for "willful" conduct.

**Discovery Plan**

1. Discovery shall be commenced in time to be completed by September 4, 2001.

2. All pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before October 6, 2000.

3. Disclosure of the identity of expert witnesses and a short summary of the proposed testimony under Rule 26(a)(2)(A) shall be made as follows:

FILED MAY 0 3 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

a. By Plaintiff(s) on or before April 2, 2001.

b. By Defendant(s) on or before May 2, 2001.

4. Full disclosure of expert testimony, required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

1. By Plaintiff(s) on or before June 1, 2001.

2. By Defendant(s) on or before July 16, 2001.

5. No more than **50 interrogatories** [counted in accordance with Fed. R. Civ. P. 33(a)] shall be served by any party.

6. No more than 10 depositions, excluding expert witness depositions, shall be taken by any party. Each party shall take no more than 2 expert depositions.

**Non-Dispositive Motions**

(Non-dispositive motions may be scheduled for hearing by calling Beverly Riches, Calendar Clerk, 651-848-1200.

1. All motions which seek to amend the pleadings or add parties must be served by April 15, 2001.

2. Any motion seeking to add Defendant Conseco Finance must have been served by March 1, 2001.

3. Any motion to amend the pleadings to add a claim for "willful" conduct must be brought on or before June 1, 2001.

4. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by September 14, 2001.

5. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

**Dispositive Motions**

1. All dispositive motions shall be served, filed and heard by November 1, 2001. (Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Lou Jean Gleason, 612-664-5083.)

2. All dispositive motions shall be scheduled, filed and served in compliance with

Local Rule 7.1.

**Trial**

This case shall be ready for trial on January 2, 2002, or upon resolution of any pending dispositive motions. Anticipated length of trial is 2 weeks.

Dated: May 3, 2001.

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge