**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**David C. Casas, Troy D. Clark, Patrick Hogan, Linda L. Souder, and William M. Soule on behalf of themselves and other past and present employees similarly situated,**

**Plaintiffs,**

**v.**

**Conseco Finance, Inc., a wholly owned subsidiary of Conseco, Inc., and Conseco Finance Corporation,**

**Defendants.**

**Civil No. 00-1512 (JRT/SRN)**

**ORDER**

---

Paul J. Lukas, Esq., Donald H. Nichols, Esq., and Michelle Fisher, Esq. on behalf of Plaintiffs.

Scott Bowman, Esq., on behalf of Defendants.

---

SUSAN RICHARD NELSON, United States Magistrate Judge

The above-entitled matter came before the undersigned United States Magistrate Judge on April 20, 2001, on Plaintiffs' Motion to Compel Responses to Discovery Requests (Doc. No. 157-1), Plaintiffs' Motion to Compel the Deposition of James Breakey (Doc. No. 157-2), and Defendant Conseco Finance's Motion for a Protective Order Precluding the Deposition of James Breakey (Doc. No. 165).

## I. DOCUMENT REQUESTS AND INTERROGATORIES

Plaintiffs seek to compel complete responses to Request for Production, Set IV, Nos. 32, 35-36, 38, and 39. Defendant has agreed to produce the documents requested in Set IV, therefore, the Court denies Plaintiffs' request for the production of documents as moot.

FILED MAY 0 3 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________

Plaintiffs also request that Defendant provide complete responses to Interrogatories, Set IV, Nos. 27-31, or in the alternative, that the Court amend the Pretrial Scheduling Order to expand the allowable number of interrogatories. Defendant refused to answer these interrogatories on the grounds that they exceed the 25 interrogatory limit set out in the September 28, 2000, Pretrial Scheduling Order. The Court finds that the nature and scope of this litigation warrant an extension of the interrogatory limit, and that the additional interrogatories properly seek information that may be necessary for the prosecution of this case. Therefore, the Court will amend the Pretrial Scheduling Order to allow each party to serve 50 interrogatories. At the hearing, the Court ordered Defendant to respond with any objections to the additional interrogatories by **April 30, 2001**.

## II. THE DEPOSITION OF JAMES BREAKEY

Plaintiffs seek to compel the deposition of Defendant's Chief Information Officer, James Breakey, in order to discover information concerning Defendant's computer network and electronic information retention. Defendant contends that deposing Mr. Breakey is unwarranted because he does not have day-to-day insight over Defendant's email system nor does Mr. Breakey have information concerning what Defendant considers to be the core issues in this case such as work hours, schedules, and compensation. At the hearing, the parties agreed that a Rule 30(b)(6) deposition would accommodate both parties' goals in this matter. Therefore, both Plaintiffs' Motion to Compel the Deposition of James Breakey and Defendant's Motion for a Protective Order Precluding the Deposition of James Breakey are denied as moot.

**IT IS HEREBY ORDERED that:**

1. Plaintiffs' Motion to Compel Responses to Discovery Requests (Doc. No. 157-1) is **DENIED AS MOOT IN PART AND GRANTED IN PART** consistent with this Order;

2. Plaintiffs' Motion to Compel the Deposition of James Breakey (Doc. No. 157-2) is **DENIED AS MOOT**; and

3. Defendant Conseco Finance's Motion for a Protective Order Precluding the Deposition of James Breakey (Doc. No. 165) is **DENIED AS MOOT**.

Dated: May 3, 2001

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge