**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

David C. Casas, Troy D. Clark, Patrick Hogan, Linda L. Souder, and William M. Soule on behalf of themselves and other past and present employees similarly situated,

Plaintiffs,

v.

Conseco Finance Corp., Conseco Finance Servicing Corp., Conseco Finance Corp. (Nevada), Conseco Finance Credit Corp., Conseco Finance Corp. – Alabama, and Conseco Finance Consumer Discount Company,

Defendants.

Court File No. 00-1512
(JRT/SRN)

**STIPULATION REGARDING BRIEFING PAGES AND ORDER**

---

WHEREAS the parties have each moved for summary judgment, and

WHEREAS the parties' memoranda address both motions, and

WHEREAS Local Rule 7.1 provides that memoranda for each motion may utilize 35 pages, and the parties would each have a total of 70 pages to address both motions if these summary judgment motions were brought separately, and

WHEREAS the parties agree that 70 pages are not necessary,

IT IS HEREBY STIPULATED AND AGREED that each party may use 50 pages for addressing both motions.

FILED SEP 12 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.______
DEPUTY CLERK______

1310483v1

Dated: July 20, 2001

**BRIGGS AND MORGAN**

By ______________________
Richard G. Mark (#67581)
Ann Huntrods (#132640)
Scott G. Bowman (#218467)
2400 IDS Center
80 South Eighth Street
Minncapolis, MN 55402
(612) 334-8400

**ATTORNEYS FOR DEFENDANTS**

Dated: ~~July~~ August 8, 2001

**NICHOLS, KASTER & ANDERSON, PLLP**

By ______________________
Donald H. Nichols (#78918)
Paul J. Lukas (#22084X)
Michele R. Fisher (#303069)
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 338-1919

**ATTORNEYS FOR PLAINTIFFS**

**ORDER**

IT IS SO ORDERED.

Dated this 17th day of Sept, 2000.

By ______________________
The Honorable John R. Tunheim
Judge of U.S. District Court

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500