**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**David C. Casas, Troy D. Clark, Patrick Hogan, Linda L. Souder, William M. Soule, Sheila A. Sampson, Willis J. Guyot, Matthew A.McDevitt, and James P. Brandt,**

**Plaintiffs,**

v.

**Conseco Finance, Corporation, ABC Corporations 1-10, Conseco Finance Servicing Cor., Conseco Finance Corp. (Nevada), Conseco Finance Credit Corp., Conseco Finance Corp. - Alabama, and Conseco Finance Consumer Discount Company,**

**Defendants.**

**Civil No. 00-1512 (JRT/SRN)**

**AMENDED NOTICE OF STATUS CONFERENCE**

---

You are hereby given notice that a Status Conference in the above-captioned matter will be held in Courtroom 230 at 242 U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota, on **April 26, 2002, at 1:30 p.m.**, before United States Magistrate Judge Susan Richard Nelson. Each party shall submit brief positions regarding remaining discovery no later than **Wednesday, April 24, 2002**.

DATED: April 11, 2002

Susan Richard Nelson
United States Magistrate Judge

APR 1 1 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK