**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**David C. Casas, Troy D. Clark, Patrick Hogan, Linda L. Souder, and William M. Soule on behalf of themselves and other past and present employees similarly situated,**

**Plaintiffs,**

v.

**Conseco Finance, Inc., a wholly owned subsidiary of Conseco, Inc., and Conseco Finance Corporation,**

**Defendants.**

**Civil No. 00-1512 (JRT/SRN)**

**ORDER**

---

Paul J. Lukas, Esq., Donald H. Nichols, Esq., and Michelle Fisher, Esq. on behalf of Plaintiffs.

Scott Bowman, Esq., on behalf of Defendants.

---

SUSAN RICHARD NELSON, United States Magistrate Judge

The above-entitled matter came before the undersigned United States Magistrate Judge in order to: (1) determine the deadline for loan originators to opt-in and file consent to join the present action; and (2) establish a hearing date for determining an appropriate representative sample for trial of the present case.

## I. THE OPT-IN DEADLINE FOR LOAN ORIGINATORS

### A. Procedural History.

The Court's March 22, 2001 Order stated that "the Court will indefinitely extend the time limit for potential plaintiffs to join this action." In its August 6, 2001 Order, however, the Court stated in a footnote that "the parties will not know the full scope of the opt-ins until September 4,

JUL 2 4 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2001, the opt-in deadline." This inconsistency in dates was raised during a hearing before the Honorable John R. Tunheim, United States District Judge for the District of Minnesota, during which Defendant sought to bar any additional plaintiffs who filed their consent forms after September 4, 2001. In his March 31, 2002 Order, Judge Tunheim stated "the Court will remand this issue to the Magistrate Judge for clarification of the applicable opt-in deadline before ruling on this motion."

**B. <u>The Court's Order.</u>**

The Court acknowledges its error in originally stating the opt-in deadline would be extended indefinitely, and later referencing a September 4, 2001 opt-in deadline. Defendants correctly observe that the August 6, 2001 Order lists September 4, 2001 as a definite deadline, and Plaintiffs made no mention of this apparent modification in deadline in their September 17, 2001 motion to amend the scheduling order. Plaintiffs also did not object until Defendants brought their motion to dismiss.

On balance, however, it is still appropriate for all plaintiffs to be joined in the present suit. This has been the Court's goal throughout the present case. Therefore, plaintiffs who opted in after September 4, 2001 should not be excluded. At this point, however, the exact size of the plaintiff class must be known in order to establish a fair and representative sample for purposes of trial. Further, from the March 22, 2001 Order until the current date, potential plaintiffs have had over a year to opt in. Therefore, July 24, 2002 date of this Order will serve as the opt-in deadline.

## II. HEARING DATE FOR DETERMINING REPRESENTATIVE SAMPLE

After consulting with Judge Tunheim, it has been determined that the undersigned

Magistrate Judge will conduct the hearing to determine an appropriate representative sample for trial. This hearing will occur on September 23, 2002, at 9:30 a.m.. The parties are invited to present evidentiary testimony of no more than three hours in length per side. No later than September 18, 2002, the parties shall submit position papers outlining their proposals for trial.

Dated: July 24, 2002

Susan Richard Nelson

SUSAN RICHARD NELSON
United States Magistrate Judge