UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **David C. Casas, et al., and**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**Conseco Finance Corp., et al.,**<br><br>**Defendants.** | **Case No. 00-1512 JRT/SRN**<br><br>**Case No. 02-3672 DWF/SRN** |
| **Jesse Benavides, et al.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**Conseco Finance Corp., et al.,**<br><br>**Defendants.** | **ORDER** |

The above-entitled matter came on for hearing at 9:30 a.m. on December 4, 2003, before the undersigned to consider the *Motion for Approval of Stipulation and Agreed Order, Settlement Notice, and Declaration of Acceptance of Settlement, and for Scheduling of a Settlement Hearing* that was filed jointly by Nichols Kaster & Anderson PLLP on behalf of the Casas and Benavides Plaintiffs,[1] and the Conseco Finance Post-Consummation

1 The Plaintiffs comprise all the persons named on Exhibit A to the Casas Claim and Exhibit A to the Benavides Claim (as defined and described in the Stipulation, on file with the Clerk of Court).

FILED DEC 04 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

Estate,[2] as Defendants' successor-in-interest.[3] The Casas and Benavides Plaintiffs appeared through their attorneys, Nichols, Kaster & Anderson. The Conseco Finance Post-Consummation Estate appeared through its attorneys, Kirkland & Ellis LLP. Defendants appeared through their attorneys, Briggs and Morgan, P.A.

Based upon all the files, records and proceedings herein, and the Court being otherwise fully advised in the premises,

**IT IS HEREBY ORDERED:**

1. The *Stipulation and Agreed Order Between Nichols Kaster & Anderson PLLP on Behalf of the Casas and Benavides Plaintiffs and the CFC Estate as Defendants' Successor-in-Interest*, including but not limited to the Settlement Procedures set forth therein, is approved.

2. The *Notice of Settlement Between Nichols Kaster & Anderson PLLP on Behalf of the Casas and Benavides Plaintiffs and the CFC Estate as Defendants' Successor-in-Interest* is approved.

3. The *Declaration of Acceptance of Settlement* is approved.

4. The *Endorsement Letter* is approved.

---

[2] The CFC Estate is the liquidating trust that is the successor-in-interest to the Finance Company Debtors, which comprise the following entities: (i) Conseco Finance Corp. and Conseco Finance Servicing Corp. (collectively, the "CFC Initial Debtors"), (ii) Conseco Finance Corp. - Alabama, Conseco Finance Credit Corp., Conseco Finance Consumer Discount Company, Conseco Finance Canada Holding Company, Conseco Finance Canada Company, Conseco Finance Loan Company, Rice Park Properties Corporation, Landmark Manufactured Housing, Inc., Conseco Finance Net Interest Margin Finance Corp. I, Conseco Finance Net Interest Margin Finance Corp. II, Green Tree Finance Corp. - Two, Conseco Agency of Nevada, Inc., Conseco Agency of New York, Inc., Green Tree Floorplan Funding Corp., Conseco Agency, Inc., Conseco Agency of Alabama, Inc., Conseco Agency of Kentucky, Inc., and Crum-Reed General Agency, Inc. (collectively, the "CFC Subsidiary Debtors"), (iii) Green Tree Finance Corp. - Five and Green Tree Residual Finance Corp. I (collectively, the "New Debtors"), and (iv) Conseco Finance Credit Card Funding Corp. ("CFCCFC").

[3] The Defendants to the Casas and Benavides Actions are Conseco Finance Corp., Conseco Finance Servicing Corp., Conseco Finance Credit Corp., Conseco Finance Corp-Alabama, and Conseco Finance Consumer Discount Company (the "Defendants").

5. A Settlement Hearing is scheduled for March 11, 2004 at 9:50am, at which this Court will be asked to enter a judgment (a) certifying the results of the Solicitation (defined in the Stipulation); (b) rule on any objections to the Settlement (defined in the Stipulation) or to the Allocations (defined in the Stipulation); and (c) rule on the fairness of the Settlement.

Dated: December 4, 2003

Susan Richard Nelson
Magistrate Judge Susan Richard Nelson