UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **David C. Casas, et al.,**<br><br>**Plaintiffs,**<br>**v.**<br>**Conseco Finance Corp., et al.,**<br>**Defendants.** | **Case No. 00-1512 JRT/SRN and**<br>**Case No. 02-3672 DWF/SRN** |
| **Jesse Benavides, et al.,**<br>**Plaintiffs,**<br>**v.**<br>**Conseco Finance Corp., et al.,**<br>**Defendants.** | **STIPULATION AND AGREED ORDER BETWEEN NICHOLS KASTER & ANDERSON PLLP ON BEHALF OF THE CASAS AND BENAVIDES PLAINTIFFS AND THE CFC ESTATE AS DEFENDANTS' SUCCESSOR-IN-INTEREST** |

Nichols Kaster & Anderson PLLP ("NKA," together with the CFC Estate, the "Parties"), on behalf of the Casas and Benavides Plaintiffs (the "Plaintiffs," and in the singular, a "Plaintiff"),[1] and the Conseco Finance Post-Consummation Estate (the "CFC Estate"),[2] as Defendants' successor-in-interest,[3] hereby stipulate and agree as follows:

1 The Plaintiffs comprise all the persons named on Exhibit A to the Casas Claim and Exhibit A to the Benavides Claim (as defined and described herein).

2 The CFC Estate is the liquidating trust that is the successor-in-interest to the Finance Company Debtors, which comprise the following entities: (i) Conseco Finance Corp. and Conseco Finance Servicing Corp. (collectively, the "CFC Initial Debtors"), (ii) Conseco Finance Corp. - Alabama, Conseco Finance Credit Corp., Conseco Finance Consumer Discount Company, Conseco Finance Canada Holding Company, Conseco Finance Canada Company, Conseco Finance Loan Company, Rice Park Properties Corporation, Landmark Manufactured Housing, Inc., Conseco Finance Net Interest Margin Finance Corp. I, Conseco Finance Net Interest Margin Finance Corp. II, Green Tree Finance Corp. - Two, Conseco Agency of Nevada, Inc., Conseco Agency of New York, Inc., Green Tree Floorplan Funding Corp., Conseco Agency, Inc., Conseco Agency of Alabama, Inc., Conseco Agency of Kentucky, Inc., and Crum-Reed General Agency, Inc. (collectively, the "CFC Subsidiary Debtors"), (iii) Green Tree Finance Corp. - Five and Green Tree Residual Finance Corp. I (collectively, the "New Debtors"), and (iv) Conseco Finance Credit Card Funding Corp. ("CFCCFC")

3 The Defendants to the Casas and Benavides Actions are Conseco Finance Corp., Conseco Finance Servicing Corp., Conseco Finance Credit Corp., Conseco Finance Corp-Alabama, and Conseco Finance Consumer Discount Company (the "Defendants").

K:\dliddle\Conseco PostPetition\Claims\Finance Company\Casas and Benavides\Final versions\Casas and Benavides Stipulation [Final].doc

DEC 04 2003

FILED ________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

## RECITALS

WHEREAS, in or around June 2000, Plaintiff David C. Casas filed an action (the "Casas Action") in this Court against Defendants for damages asserting federal jurisdiction on the grounds of federal question under the Fair Labor Standards Act ("FLSA");

WHEREAS, in or around September 2002, Plaintiff Jesse Benavides also filed an action (the "Benavides Action," together with the Casas Action, the "Actions") in this Court against Defendants for damages asserting federal jurisdiction on the grounds of federal question under the FLSA;

WHEREAS, on December 17, 2002 (the "Initial Petition Date"), the CFC Initial Debtors filed voluntary petitions in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division (the "Bankruptcy Court") for relief under chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Code"). Subsequently, on February 3, 2003 (the "CFC Subsidiary Petition Date"), the CFC Subsidiary Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. On June 2, 2003, the New Debtors filed their voluntary petitions for relief under chapter 11 of the Bankruptcy Code, and on June 24, 2003, CFCCFC filed its voluntary petition for relief under chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases");

WHEREAS, on or about May 9, 2003, NKA filed proofs of claim in the Chapter 11 Cases, which claims are designated on the Conseco claims register as claim Nos. 49675-001991 (the "Casas Claim") and 49675-001989 (the "Benavides Claim," together with the Casas Claim, the "Casas and Benavides Claims") and inactive claim Nos. 49675-000921 and 49675-000922 (the "Duplicate Claims");

WHEREAS, on or about May 30, 2003, the Finance Company Debtors filed with the Bankruptcy Court the *Finance Company Debtors' Third Omnibus Objection to Claims Asserted Against the Finance Company Debtors* objecting to the Claims (the "Objection");

WHEREAS, on or about July 23, 2003, NKA filed the *Motion of Nichols Kaster & Anderson, PLLP for Relief from the Automatic Stay* (the "Lift Stay Motion") seeking Bankruptcy Court authority pursuant to section 362(d) of the Bankruptcy Code to continue the Actions against the CFC Estate;

WHEREAS, on or about August 20, 2003, the Parties entered into and the Bankruptcy Court approved the *Stipulation and Order (I) Resolving Motion of Nichols Kaster & Anderson PLLP for Relief from the Automatic Stay (II) Continuing the Finance Company Debtors' Objection to the Casas and Benavides Claims and (III) Disallowing a Duplicative Claim* (the "Lift Stay Stipulation");

WHEREAS, the Lift Stay Stipulation (i) lifted the automatic stay pursuant to section 362(d) of the Bankruptcy Code to enable the Parties to proceed with the Actions (ii) continued the hearing on the Finance Company Debtors' Objection to the Claims and (iii) disallowed the Duplicate Claims;

WHEREAS, on September 9, 2003, the Bankruptcy Court entered an *Order Confirming Finance Company Debtors' Sixth Amended Joint Liquidating Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code* (the "Confirmation Order"). On September 15, 2003, the *Finance Company Debtors' Sixth Amended Joint Liquidating Plan of Reorganization* (the "Plan") became effective (the "Effective Date");

WHEREAS, on or about November 5, 2003, the Parties entered into the *Summary of Settlement Terms and Conditions* (the "Terms and Conditions"), pursuant to which the Parties

have agreed to settle their differences with respect to the Actions and the Claims without further litigation;

WHEREAS, within ten (10) days of the date that the Terms and Conditions were executed by both Parties, the Parties entered into this Stipulation;

WHEREAS, the parties having reached an amicable resolution memorialized herein; and it appearing that due and sufficient notice having been given; and after due deliberation and good cause appearing for the entry of this Stipulation; and based upon the foregoing recitals and in consideration of the mutual covenants set forth below the parties agree as follows:

**IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE UNDERSIGNED PARTIES, AS FOLLOWS:**

**A. Economic and Other Critical Terms of Settlement**

1. The CFC Estate agrees to a maximum aggregate amount of Allowed Unsecured Claims[4] not to exceed $20,000,000.00 (the "Settlement Amount"), inclusive of attorneys' fees and costs, in full and final settlement of the Actions and the Casas and Benavides Claims and any and all other claims (including, as defined in section 101(5) of the Bankruptcy Code) and causes of action that the Plaintiffs may have against the Defendants and the CFC Estate (the "Settlement").[5]

2. The Parties agree that the Settlement Amount shall be allocated as follows:

   a. The Plaintiffs shall be allocated 33.5% of the Settlement Amount as W-2 wages (the "W-2 Wages Portion").

   b. The Plaintiffs shall be allocated 33.5% of the Settlement Amount as Form 1099 income for liquidated damages (the "Liquidated Damages Portion").

   c. NKA shall be allocated 33% of the Settlement Amount for Plaintiffs' legal fees as Form 1099 income (the "Legal Fees"). The parties agree that the

4 Capitalized terms not defined herein shall have the meaning ascribed to them in the Plan.

5 All distributions shall be made in accordance with the terms of the Plan.

Legal Fees portion of the Settlement Amount will not be reduced by the failure of individual Plaintiffs to accept their allocated Settlement Amount if the Settlement is approved as set forth in paragraph B below.

d. Pursuant to the terms of the fee agreement between NKA and Plaintiffs, an amount not to exceed $272,000 shall be deducted from the aggregate amount of any distribution of the W-2 Wages Portion and the Liquidated Damages Portion of the Settlement Amount and distributed to NKA in full satisfaction of all litigation costs and disbursements (exclusive of legal fees) incurred by NKA relating to the Actions (the "Legal Costs"). The full amount of the Legal Costs shall be distributed to NKA prior to the distribution of any funds to the Plaintiffs.

e. The Plaintiffs shall be responsible for the payment of all federal, state and local taxes that may be imposed by any taxing authority of competent jurisdiction on the Settlement Amount other than the Withholding Amount (as defined below). The Plaintiffs shall also be solely liable for, and will pay, any such tax liability plus any associated interest, penalties, and costs attributable to any such tax liability and will fully indemnify and hold harmless the CFC Estate and its successors-in-interest for any such tax liability that may be assessed against the CFC Estate. The CFC Estate, however, shall be responsible for the employer's share of any federal, state and local taxes imposed on the W-2 Wages Portion of the Settlement Amount.

f. The Plaintiffs and NKA shall receive Forms K-1 from the CFC Estate. All W-2 Wage expenses will be allocated to the Plaintiffs.

g. NKA shall allocate the W-2 Wages Portion and Liquidated Damages Portion among all the Plaintiffs (for each Plaintiff, an "Allocation").

3. The Parties agree that they will seek District Court approval of this Stipulation as follows:

a. The Parties will file a motion with this Court for relief in the form of two separate District Court Hearings (as defined herein). At the first District Court Hearing (the "Settlement Procedures Hearing") this Court will be asked to grant relief in the form of (i) approving the Settlement Procedures, the Settlement Notice, the Declaration and the NKA Endorsement Letter (all as defined and set forth herein) and (ii) setting the Settlement Hearing date (as defined herein).

b. After the Settlement Procedures Hearing, the Parties will conduct a Solicitation (as defined herein), in which the Plaintiffs will receive a Settlement Notice, which will ask them to return their Declarations (as

defined herein) to the Agent (as defined below) signifying their acceptance of the Settlement.

c. Each Plaintiff who properly executes and returns a Declaration to the Agent (as described below) shall be given an Allowed Claim in the amount of that Plaintiff's Allocation. Each Plaintiff will receive a pro rata distribution of its Allowed Claim pursuant to the terms of the Plan (for each Plaintiff, a "Distribution").

d. After the conclusion of the Solicitation, there will be a second District Court Hearing, the Settlement Hearing (as defined herein), at which the Court will be asked to grant relief by entering a judgment (a) certifying the results of the Solicitation, (b) ruling on any objections to the Settlement or the Allocations and (c) ruling on the fairness of the Settlement.

4. The Parties agree that they will seek Bankruptcy Court approval of the Settlement as follows:

a. The CFC Estate and NKA will file a joint motion pursuant to Fed. R. Bank. P. Rule 9019 (the "Rule 9019 Motion") with the Bankruptcy Court seeking to have the Bankruptcy Court disallow the Claims of all Plaintiffs (i) who fail to timely return a properly executed Declaration or (ii) who (a) object to the Allocation scheme or the terms of the Settlement, (b) whose objections are overruled by the District Court at the Settlement Hearing (described below) and (c) fail to return a timely and properly executed Declaration prior to the Bankruptcy Court hearing the Rule 9019 Motion (collectively, the "Opt Out Plaintiffs").

b. The Claim(s) of each Plaintiff against the Finance Company Debtors and the CFC Estate shall be fully satisfied by the Allowance of the Casas and Benavides Claims (or the disallowance, as the case may be) and/or any Distribution received on account thereof.

c. The amount arising from two sources listed below shall be returned to the CFC Estate: (i) the amount allocated to Plaintiffs whose Claims are disallowed either because they did not return their Declarations or because they were Opt Out Plaintiffs whose Claims were disallowed, or (ii) the Plaintiffs had Allowed Claims and were sent a Distribution that was undeliverable pursuant to section VIII.D.1 of the Plan.

d. NKA shall retain the Legal Fees and the Legal Costs in full and final satisfaction of NKA's Claims against the Finance Company Debtors and the CFC Estate (for whatever basis, including, without limitation, all legal fees and costs arising from or related to the Actions). The portions of the Settlement Amount that constitute NKA's Legal Fees and Legal Costs will

be Allowed Unsecured Claims and treated in the same manner as other such claims under the Plan.

e. NKA agrees that it will be deemed a Consenting Party (as that term is defined in the Plan) and that it will be bound by the terms of the third-party release in Article XI.C of the Plan as if it were such a Consenting Party.

5. The CFC Estate shall engage the services of a claims distribution agent of its choice (the "Agent"). The Agent shall withhold the employer's share of any required federal, state and local taxes on the W-2 wages distributions to Plaintiffs (the "Withholding Amount"). The CFC Estate shall pay the reasonable administrative costs and expenses of the Agent associated with:

a. sending the Settlement Notice to the Plaintiffs (including, but not limited to, postage costs for return envelopes for use by Plaintiffs in returning Declarations to the Agent);

b. processing Declarations returned by Plaintiffs accepting the Settlement;

c. distributing the Settlement Amount; and

d. any other associated actions, including, but not limited to, any required mailings, claims processing, and filing of required tax forms, as described herein.

6. NKA shall provide all reasonable assistance to the Agent in support of the Solicitation and the Distributions, including, but not limited to, providing Plaintiffs' last known addresses and other contact information, and providing any and all other information deemed necessary by the Agent to allocate the funds; provided, however, that all Distributions shall be treated in accordance with Article VIII of the Plan, including undeliverable and unclaimed Distributions, which shall permanently revert to the CFC Estate, as set forth in paragraph D, below. NKA shall have full access to all distribution efforts of the Agent and receive upon reasonable request complete reports of these efforts from the Agent. The Agent will be directed to provide NKA with full access to all its distribution efforts and to provide complete reports to

NKA upon NKA's reasonable request. The Agent will only be authorized to make payment to the heirs of a deceased plaintiff if such person is legally authorizing to receive such funds.

**B. Settlement Procedures**

1. This Stipulation contains (i) the terms of the Settlement, (ii) the Settlement Procedures (substantially as described herein), (iii) a form of Plaintiffs' notice of settlement (the "Settlement Notice") and a form of declaration (the "Declaration"), attached hereto as **Exhibit A**, to be properly executed and timely returned to the Agent by each Plaintiff accepting the Settlement and his or her Allocation, (iv) a cover letter from NKA, attached hereto as **Exhibit B**, endorsing the Settlement that is in a form reasonably acceptable to the Finance Company Debtors (the "NKA Endorsement Letter"), and (v) the Allocations for each of the Plaintiffs, attached hereto as **Exhibit C**.

2. In particular, the Settlement Notice contains, among others, the following terms: (i) the terms of the proposed Settlement, (ii) the Allocation for each Plaintiff (each Plaintiff shall receive only his or her own Allocation); (iii) the Settlement Procedures; (iv) the Settlement Hearing Date and Solicitation Deadline (as defined herein); and (iii) a statement that (a) accepting the Settlement is a full and final settlement of all Claims (including, as defined in section 101(5) of the Bankruptcy Code) and causes of action, (b) rejection of the Settlement may result in no Distributions, (c) no Distributions shall be made to any Plaintiff who does not sign and return the Declaration prior to the Solicitation Deadline, (d) the Settlement is subject to the provisions of the Plan, including the release and the injunction provisions therein (including the third-party release of Article XI.C of the Plan).

3. The Parties shall file, at the earliest opportunity, a motion with this Court (the "District Court"), Magistrate Judge Susan Richard Nelson presiding, requesting the District

Court (i) at a hearing at the Court's earliest convenience (the "Settlement Procedures Hearing") approve (a) the Settlement Procedures, (b) the Settlement Notice, (c) the Declaration and (d) the NKA Endorsement Letter, and (ii) schedule a hearing (the "Settlement Hearing," together with the Settlement Procedures Hearing, the "District Court Hearings") at which this Court will be asked to enter a judgment (a) certifying the results of the Solicitation (defined below), (b) ruling on any objections to the Settlement or to the Allocations and (c) ruling on the fairness of the Settlement.

4. Within seven business days after this Court approves this Stipulation, including the Settlement Procedures, the Settlement Notice, the Declaration and the NKA Endorsement Letter, the Agent will be directed to send a package to each Plaintiff (the "Solicitation Package") containing (i) the Settlement Notice, (ii) the NKA Endorsement Letter and (iv) a Declaration.

5. The date that the Agent mails the first Solicitation Package to a Plaintiff will be the "Solicitation Commencement Date." To accept the Settlement and to thus be entitled to receive his or her respective Distribution, each Plaintiff must properly execute and timely return the Declaration to the Agent (by fax, e-mail or U.S. Mail) on or before the sixtieth (60th) day following the Solicitation Commencement Date (the "Solicitation Deadline"). Pursuant to the Rule 9019 Motion, the Finance Company Debtors will seek to have the Bankruptcy Court disallow the Claims of all Opt Out Plaintiffs.

6. Any Plaintiffs objecting to the Settlement or to the Allocations must serve any such objections on NKA, Attn: Michele Fisher, 4644 IDS Center, 80 South Eighth Street, Minneapolis, Minnesota 55402, such that they are received no later than 5:00 p.m., central time, on the Solicitation Deadline. NKA must serve any such objections within 7 days of receipt on (i) counsel for the CFC Estate, Kirkland & Ellis LLP, Attn: Roger J. Higgins, 200 East Randolph

Drive, Chicago, Illinois 60601-6636 and (ii) counsel for the Defendants, Briggs and Morgan, Attn: Ann Huntrods, 2200 First National Bank Building, 332 Minnesota Street, Saint Paul, Minnesota 55101. NKA must also on a timely basis file any objections with the District Court prior to the Settlement Hearing. Any Plaintiff who does not object to the Settlement or to the Allocations by the Solicitation Deadline shall be deemed to have waived any and all objections.

7. At the Settlement Hearing, the Parties will ask the District Court to enter a judgment (the "District Court Judgment") ruling (i) whether to certify the results of the Solicitation, (ii) on any objections to the Settlement or to the Allocations and (iii) on the fairness of the Settlement.

8. Any Opt Out Plaintiff whose objection is overruled by the District Court shall be given a further opportunity to timely return (no later than seven days prior to the Bankruptcy Court hearing date) a properly executed Declaration in order to participate in the Distributions.

9. Within fifteen (15) days of the entry of the District Court Judgment, the Parties will file the Rule 9019 Motion with the Bankruptcy Court to reduce and Allow the Casas and Benavides Claims pursuant to the terms of the Settlement for all accepting Plaintiffs and disallow the Claims of any remaining Opt Out Plaintiffs. NKA shall not represent Opt Out Plaintiffs in the Bankruptcy Court hearing.

10. Upon entry of the Bankruptcy Court's order Allowing the Casas and Benavides Claims (and ruling on the Claims of Opt Out Plaintiffs), the Parties will move the District Court to dismiss the Casas and Benavides Cases with prejudice and without fees or costs to any party.

**C. Procedure for Distribution of Settlement**

1. Once the Bankruptcy Court has reduced and Allowed the Casas and Benavides Claims, the Agent shall make the Distributions to Plaintiffs in accordance with the terms of the Plan and pursuant to paragraph 2 below.

2. Distributions shall be made in accordance with the terms of the Settlement, the Plan and the *First Amended Post-Consummation Estate Agreement*; provided, however, that no Distribution shall be made to any Plaintiff unless and until the parties have received that Plaintiff's signed Declaration and the Settlement has been approved by final order of the Bankruptcy Court and the time for appeal thereof has passed. Provided further, however, NKA shall not receive a Distribution unless and until the Settlement has been approved by final order of the Bankruptcy Court and the time for appeal has passed.

3. The Agent will provide Forms W-2 and Forms 1099-MISC to Plaintiffs receiving Distributions.

**D. Return of Settlement Amounts to the CFC Estate**

1. Pursuant to paragraph A(4)(c) above, the Agent shall return to the CFC Estate amounts remaining under the following circumstances:

a. A Plaintiff who receives a Distribution, does not cash the check(s) within six months of the date of Distribution and does not assert his or her rights to that Distribution within such timeframe;

b. A Plaintiff is deceased and the Agent is not authorized to pay the Plaintiff's heirs pursuant to the terms described in paragraph A(6) above or

c. The Distribution is otherwise returned as undeliverable and the Plaintiff does not assert his or her rights within six months thereof, pursuant to Art. VIII.D.2 of the Plan.

2. All amounts returned by the Agent to the CFC Estate shall be treated in accordance with Art. VIII.D.2 of the Plan.

**E. Miscellaneous**

1. The Parties hereby understand and agree that neither this Stipulation, nor anything contained herein, shall be construed or considered in any way to be an admission of liability, guilt, wrongdoing or noncompliance with federal, state or local law, statute, order or regulation, the Bankruptcy Code, tortious act, breach of contract, or violation of common law, or any other wrongdoing whatsoever.

2. The Plaintiffs and NKA agree that they will not hold press conferences or otherwise affirmatively bring information regarding the Settlement to the attention of the media. If questioned about the Settlement by the media, the Plaintiffs and NKA may state only that the matters have been resolved and refer to the court docket for further information.

3. If the Parties have any disputes regarding the provisions of the Settlement, they agree that they will attempt to resolve any disputes through mediation with the same mediator who has assisted the Parties in reaching the Settlement.

4. NKA hereby represents that the names of the Plaintiffs listed in **Exhibit C** attached hereto are identical to the Plaintiffs that are listed in Exhibit A to the Casas and Benavides Claims.

**WHEREFORE, GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved as set forth herein.

Dated: December 4, 2003

Susan Richard Nelson

Magistrate Judge Susan Richard Nelson

Chicago, Illinois
Dated: November 18, 2003

KIRKLAND & ELLIS LLP

James H.M. Sprayregen, P.C. (of counsel)
Anup Sathy (of counsel)
Roger Higgins (to be admitted pro hac vice)
Dryden J. Liddle (to be admitted pro hac vice)
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601-6636
(312) 861-2000 (telephone)
(312) 861-2200 (facsimile)

Counsel for the CFC Estate

St. Paul, Minnesota
Dated: November 18, 2003

BRIGGS AND MORGAN, P.A.

Richard G. Mark (Atty. No. 67581)
Ann Huntrods (Atty. No. 132640)
Scott Bowman (Atty. No. 218467)
Briggs and Morgan, P.A.
2200 First National Bank Building
St. Paul, Minnesota 55101
(651) 223-6549 (telephone)

Counsel for the Defendants

Minneapolis, Minnesota
Dated: November 10, 2003

NICHOLS, KASTER & ANDERSON PLLP

Donald Nichols (Atty. No. 78918)
Paul Lukas (Atty. No. 22084X)
Michelle Fisher (Atty. No. 303069)
Nichols, Kaster & Anderson PLLP
4644 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 338-1919 (telephone)

Counsel for the Casas and Benavides Plaintiffs

**EXHIBIT A**

**Settlement Notice and Declaration**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **David C. Casas, et al.,**<br><br>**Plaintiffs,**<br>**v.**<br><br>**Conseco Finance Corp., et al.,**<br><br>**Defendants.** | **Case No. 00-1512 JRT/SRN and**<br>**Case No. 02-3672 DWF/SRN** |
| **Jesse Benavides, et al.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**Conseco Finance Corp., et al.,**<br><br>**Defendants.** | **NOTICE TO <<PLAINTIFF>> OF SETTLEMENT BETWEEN NICHOLS, KASTER & ANDERSON PLLP ON BEHALF OF THE CASAS AND BENAVIDES PLAINTIFFS AND THE CFC ESTATE AS DEFENDANTS' SUCCESSOR-IN-INTEREST** |

**THIS NOTICE PROVIDES INSTRUCTIONS ON HOW TO APPROVE THE <u>SETTLEMENT AND RECEIVE YOUR SETTLEMENT ALLOCATION</u>**

**You are receiving this Settlement Notice[1] because your attorneys, Nichols, Kaster & Anderson PLLP ("NKA"), have reached a Settlement with the CFC Estate[2] of the above-captioned cases. Under the terms of the Settlement, and provided you timely return the Declaration of Acceptance of Settlement located at page 4 of this Notice, you will be given an Allowed Claim by the CFC Estate in the amount of $________. Attorneys' fees and**

---

1 Capitalized terms not defined herein shall have the meaning ascribed to them in the *Stipulation and Agreed Order Between Nichols Kaster & Anderson PLLP on behalf of the Casas and Benavides Plaintiffs and the CFC Estate as Defendants' Successor-in-Interest* (the "Stipulation").

2 The CFC Estate is the liquidating trust that is the successor-in-interest to the Finance Company Debtors, which comprise the following entities: (i) Conseco Finance Corp. and Conseco Finance Servicing Corp. (collectively, the "CFC Initial Debtors"), (ii) Conseco Finance Corp. - Alabama, Conseco Finance Credit Corp., Conseco Finance Consumer Discount Company, Conseco Finance Canada Holding Company, Conseco Finance Canada Company, Conseco Finance Loan Company, Rice Park Properties Corporation, Landmark Manufactured Housing, Inc., Conseco Finance Net Interest Margin Finance Corp. I, Conseco Finance Net Interest Margin Finance Corp. II, Green Tree Finance Corp. - Two, Conseco Agency of Nevada, Inc., Conseco Agency of New York, Inc., Green Tree Floorplan Funding Corp., Conseco Agency, Inc., Conseco Agency of Alabama, Inc., Conseco Agency of Kentucky, Inc., and Crum-Reed General Agency, Inc. (collectively, the "CFC Subsidiary Debtors"), (iii) Green Tree Finance Corp. - Five and Green Tree Residual Finance Corp. I (collectively, the "New Debtors"), and (iv) Conseco Finance Credit Card Funding Corp. ("CFCCFC")

**costs have already been subtracted from this amount. During the bankruptcy proceeding, you will receive a *pro rata* Distribution of your Allowed Claim in accordance with the terms of the Finance Company Debtors' Plan. This means that you will not receive a dollar for dollar Distribution in the amount of your Allowed Claim, but will receive a percentage of your Allowed Claim like all unsecured creditors, which will be determined by the CFC Estate in accordance with the Plan. The exact amount of your Distribution is not yet known.**

NKA supports the terms of the Settlement and your Allocation and believes that the Settlement is in the best interests of all of the Casas and Benavides Plaintiffs. Please see the Endorsement Letter from NKA enclosed herewith.

If you accept the terms of the Settlement and the amount of your Allocation, you must fully complete, sign and return the attached Declaration to the Agent by prepaid U.S. Mail in the envelope enclosed herewith, or by fax to the number on the attached Declaration, **so that it is received by the Agent no later than 5 p.m. central time on __________, 2004 (the "Solicitation Deadline").**

**Your acceptance of the Settlement will be a full and final settlement of all claims (including, as defined in section 101(5) of the Bankruptcy Code) and causes of action you may have against the CFC Estate and you will be bound by the releases described in the Finance Company Debtors' Plan if the Settlement is approved.** A copy of the Plan is available at www.bmccorp.net/conseco or by requesting a copy from the CFC Debtors' Agent, ___________.

If you do not return the attached Declaration so that it is received by the Agent no later than the Solicitation Deadline, the Bankruptcy Court will disallow your claim, which means that

you will receive no distribution and you will be prevented from asserting any claims or causes of action against the CFC Estate. **No Distributions will be made to any Plaintiff who does not complete and return the attached Declaration by the Solicitation Deadline.**

**A Settlement Hearing is set for _______, 2004, __ _.m. in Courtroom __ of the United States District Court for the District of Minnesota, 700 Federal Building, 316 North Robert Street, St.Paul, MN 55101.** If you wish to object to the Settlement or your Allocation of the Settlement Amount, your written objection must be served upon your attorneys, Nichols Kaster & Anderson PLLP, Attn. Michele Fisher, 4644 IDS Center, 80 S. 8th Street, Minneapolis, MN 55402, who will stamp the objection with the date of receipt. If you do not file a written objection to the Settlement or your Allocation by the Solicitation Deadline, you will be deemed to have waived any and all such objections and will be bound by the terms of the release and injunction in the Plan. **If you reject the Settlement, you may receive no Distribution.**

The material terms and conditions of the Settlement and the Settlement Procedures that you must follow in order to be eligible to receive your share of the Settlement Amount are set forth in the Stipulation and are summarized in the NKA Endorsement Letter enclosed herewith.

**DECLARATION OF ACCEPTANCE OF SETTLEMENT AND ALLOCATION IN THE AMOUNT OF $__________**

I, <<PLAINTIFF>>, hereby accept the Settlement and the amount of my anticipated Allocation as full payment of unpaid wages, employment benefits, or other compensation due to me under the Fair Labor Standards Act, during the time I worked as a Loan Originator for any of the entities named as defendants in the Casas and/or Benavides Actions. I understand that the amount of this Allocation is subject to a reduction consistent with the CFC Estate's distribution to all unsecured creditors. I hereby certify that the information contained in this Declaration is, to the best of my knowledge, true and correct.

Name: <<PLAINTIFF>>

Signature: ______________________________

By: ______________________________

(If you are legally authorized to sign on someone else's behalf)

Social Security No. ______________________________

Date: ______________________________

Street Address: ______________________________

City, State, Zip Code: ______________________________

Telephone Number: ______________________________

**THE DEADLINE TO ACCEPT THE SETTLEMENT BY RETURNING THIS DECLARATION TO THE SOLICITATION AGENT IS [__________], 2004 AT 5:00 P.M., CENTRAL TIME**

**PLEASE CALL MICHELE R. FISHER AT NICHOLS KASTER & ANDERSON PLLP AT (877) 448-0492 WITH ANY QUESTIONS REGARDING THIS DECLARATION**

IF YOU WISH TO ACCEPT THE SETTLEMENT, YOU MUST COMPLETE AND RETURN THIS FORM SO THAT IT IS RECEIVED BY THE SOLICITATION AGENT BY 5:00 p.m., CENTRAL TIME, [__________], 2004, AT THE FOLLOWING ADDRESS OR FAX NUMBER:

| | |
|---|---|
| **FAX** | **[insert]** |
| **U.S. MAIL** | **[insert]** |

# EXHIBIT B

## NKA Endorsement Letter

[NKA Letterhead]

**Re: Settlement of Your Claims Against Conseco Finance Corp., et al.**

Dear Sir or Madam:

This letter is to inform you that we have reached a Settlement[1] with the CFC Estate[2] in the cases of *David C. Casas, et al. v. Conseco Finance, Corp., et al.*, Case No. 00-1512 JRT/SRN and *Benavides, et al. v. Conseco Finance Corp., et al.*, Case No. 02-3672 (DWF/SRN) (the "Actions").

The terms of the Settlement are described in detail in the enclosed Settlement Notice.

**We strongly recommend that you accept the Settlement and the amount of your Allocation. To accept the Settlement and your Allocation you must sign and return the enclosed Declaration to the Agent at the address on the Declaration by ________, 2004. If you do not return the enclosed Declaration by _______, 2004, your Claim may be disallowed by the Bankruptcy Court, and you will receive no Distribution on account of your Claim.**

If you accept the Settlement and the amount of your Allocation, and the Court approves the Settlement, you will be given an Allowed Claim in the amount of your Allocation. You will then receive a pro rata distribution of your Allowed Claim in accordance with the terms of the *Finance Company Debtors' Sixth Amended Joint Liquidating Plan of Reorganization* (the "Plan"). This means that you will receive the same treatment as other general unsecured creditors of the CFC Estate and that you will not receive a dollar for dollar distribution in the amount of your Allowed Claim. Like other unsecured Creditors, you will receive less than your Allowed Claim, the exact amount of which is not yet known.

Your acceptance of the settlement will be a full and final settlement of all claims and causes of action you may have against the Defendants and the CFC Estate and you will be bound by the releases described in the *Finance Company Debtors' Sixth Amended Joint Liquidating Plan of Reorganization* (the "Plan") if the settlement is approved.

---

1 Capitalized terms not defined herein shall have the meaning ascribed to them in the Stipulation, enclosed herewith.

2 The CFC Estate is the liquidating trust that is the successor-in-interest to the Finance Company Debtors, which comprised the following entities: (i) Conseco Finance Corp. and Conseco Finance Servicing Corp. (collectively, the "CFC Initial Debtors"), (ii) Conseco Finance Corp. - Alabama, Conseco Finance Credit Corp., Conseco Finance Consumer Discount Company, Conseco Finance Canada Holding Company, Conseco Finance Canada Company, Conseco Finance Loan Company, Rice Park Properties Corporation, Landmark Manufactured Housing, Inc., Conseco Finance Net Interest Margin Finance Corp. I, Conseco Finance Net Interest Margin Finance Corp. II, Green Tree Finance Corp. - Two, Conseco Agency of Nevada, Inc., Conseco Agency of New York, Inc., Green Tree Floorplan Funding Corp., Conseco Agency, Inc., Conseco Agency of Alabama, Inc., Conseco Agency of Kentucky, Inc., and Crum-Reed General Agency, Inc. (collectively, the "CFC Subsidiary Debtors"), (iii) Green Tree Finance Corp. - Five and Green Tree Residual Finance Corp. I (collectively, the "New Debtors"), and (iv) Conseco Finance Credit Card Funding Corp. ("CFCCFC").

To accept the Settlement and the amount of your Allocation, please fully complete in block capitals and sign the DECLARATION OF ACCEPTANCE OF SETTLEMENT. Please carefully read the directions on the Declaration and return the Declaration to the Agent in the enclosed prepaid envelope at the following address or fax it to the following fax number so that it is received no later than 5:00 p.m. central time on [__________], 2004.

| | |
|---|---|
| **FAX** | **[insert]** |
| **U.S. MAIL** | **[insert]** |

There will be a Settlement Hearing on [_______], 2004, [__] [__].m. in Courtroom [__] of the United States District Court for the District of Minnesota, 700 Federal Building, 316 North Robert Street, St. Paul, MN 55101. If you wish to object to the Settlement or your Allocation under the Settlement, you must do so <u>in writing</u> by serving your objection on Nichols, Kaster & Anderson PLLP, Attn: Michele Fisher, 4644 IDS Center, 80 South Eighth Street, Minneapolis, Minnesota 55402, such that it is received no later than 5:00 p.m., central time, on [__________], 2004. You must also be prepared to argue that objection before the Court at the Settlement Hearing.

If you have any questions regarding the Settlement or your Allocation, please feel free to contact us toll free at (877) 448-0492.

Very truly yours,

Donald H. Nichols
Paul J. Lukas
Michele R. Fisher

By:____________________________



K:\dliddle\Conseco PostPetition\Claims\Finance Company\Casas and Benavides\Drafts\NKA Letter[Final].doc

# EXHIBIT C

## Amount of Plaintiffs' Allocations

**Proposed Allocation**
Total (see footnote) **$ 11,761,383.91**

| Last | First | Emp # | Allocation |
|---|---|---|---|
| Aavang | Eugene | 8282 | $ 844.28 |
| Abbott | Mark | 12626 | $ 4,763.69 |
| Abbott-Salvato | Crystal | 10152 | $ 17,191.30 |
| Abercrombie | Sheryl | 20449 | $ 2,764.77 |
| Able | Etta | 22423 | $ 911.63 |
| Abrams | Donald | 12821 | $ 5,707.71 |
| Abrego | John | 16265 | $ 1,497.58 |
| Acho | Christopher | 24842 | $ 1,744.52 |
| Ackerman | Aaron | 23463 | $ 675.93 |
| Adamonis | Peter | 16488 | $ 2,158.31 |
| Adams | Bill (William) | 11894 | $ 7,132.17 |
| Adams | Debra | 17143 | $ 3,957.55 |
| Adams | Gary | 15367 | $ 2,283.58 |
| Adams | Keith | 10939 | $ 6,100.46 |
| Adams (c/o GWEN LATHAM) | Peggy | 18739 | $ 242.27 |
| Adams IV | Romulus (John) | 11447 | $ 8,807.82 |
| Adams, Jr. | Murray | 23729 | $ 221.04 |
| Adarve | Luis | 19257 | $ 300.00 |
| Adcock | John | 1896 | $ 10,372.42 |
| Adegbite | Akanni | 21995 | $ 363.17 |
| Adermann | Matt | 19976 | $ 1,320.08 |
| Adewale | Ade | 12718 | $ 6,644.96 |
| Adkins-Frater | Carrie | 21394 | $ 863.51 |
| Agha | Elizabeth | 19638 | $ 16,751.76 |
| Agnello | Kevin | 17744 | $ 3,710.32 |
| Aguiar | Angela | 25505 | $ 5,734.78 |
| Aguilera | David | 26214 | $ 23,772.60 |
| Aguilera | Isabel | 23097 | $ 1,139.38 |
| Aguillard | Catherine | 2699 | $ 7,281.95 |
| Aiken - Glover | Tusha | 20480 | $ 3,094.31 |
| Ainslie | Brent | 18427 | $ 3,643.00 |
| Akiwumi | Derek | 16359 | $ 1,640.88 |
| Albanesi C/O Gladys Bellamy | Shane | 23306 | $ 1,856.43 |
| Albrecht | Cory | 16152 | $ 2,356.72 |
| Alexander | Craig | 19077 | $ 268.70 |
| Alexander | Gary | 14965 | $ 3,186.04 |
| Alexander | Kirk | 20187 | $ 3,349.95 |
| Alexander | Nichole | 14012 | $ 6,535.71 |
| Alexander | Randall | 17856 | $ 1,412.85 |
| Allen | Carlton | 15392 | $ 244.77 |
| Allen | Douglas | 20520 | $ 3,199.82 |
| Allen | Hassan | 17102 | $ 494.92 |
| Allen | Rick | 14880 | $ 271.86 |
| Allen, Jr. | Charles | 24411 | $ 299.48 |
| Allen Jr | Travis | 15112 | $ 1,293.39 |
| Allen Sharp | Patricia | 27353 | $ 4,877.36 |
| Allmond | Stefan | 26773 | $ 7,478.61 |
| Almundarris | Nile | 20746 | $ 5,959.67 |
| Alonzo | Gilbert | 12750 | $ 7,384.73 |
| Alsop | James | 24760 | $ 322.33 |
| Ammeter | Darwin | 17162 | $ 2,010.52 |
| Anderson | Jeffrey | 16972 | $ 6,694.56 |
| Anderson | Kevin | 15642 | $ 286.50 |
| Anderson | Lee | 15530 | $ 1,676.99 |

**Proposed Allocation**
Total (see footnote) **$ 11,761,383.91**

| **Last** | **First** | **Emp #** | **Allocation** |
|---|---|---|---|
| Anderson | Pamela | 27413 | $ 3,757.37 |
| Anderson | Philip | 15601 | $ 745.03 |
| Anderson | Radcliffe | 16133 | $ 833.54 |
| Anderson | Rodney | 18690 | $ 972.58 |
| Anderson | Shelby | 1582 | $ 1,469.03 |
| Anderson | Sonya | 22658 | $ 1,930.21 |
| Anderson, Jr. | Allan | 21163 | $ 13,127.37 |
| Andrade | Glen | 14044 | $ 1,377.42 |
| Andrews | Leah | 12734 | $ 5,386.14 |
| Annunziata | Brian | 22529 | $ 246.79 |
| Anschel | Steven | 19873 | $ 3,162.11 |
| Anthony-Codak | Taryn | 25040 | $ 197.39 |
| Antonio | Vicki | 18248 | $ 1,062.00 |
| Appleton (Englehart) | Sarah | 13565 | $ 977.06 |
| Aragon | Juan | 12778 | $ 2,566.71 |
| Arana | Marco | 17242 | $ 1,128.75 |
| Aranguren | Jorge | 23420 | $ 908.07 |
| Arce | Ricardo | 20641 | $ 984.00 |
| Arends | Christine | 19686 | $ 4,239.04 |
| Arndt | Timothy | 18230 | $ 11,773.12 |
| Arpin | David | | $ 8,706.99 |
| Arrington-Miles | Janie | 19816 | $ 2,542.26 |
| Ascher | David | 13891 | $ 5,059.56 |
| Ashbridge | Linda | 23903 | $ 311.82 |
| Ashby | Guy | 16927 | $ 224.40 |
| Ashley | Loretta | 18654 | $ 2,697.75 |
| Atkinson | Robert | 14962 | $ 1,557.53 |
| Austin | Keith | 16029 | $ 650.38 |
| Avant | Artressa | 21670 | $ 351.64 |
| Avery | Jerri | 17032 | $ 2,766.40 |
| Awtrey | Christopher | 7351 | $ 5,934.07 |
| Ayala-Jimenez | Yolanda | 24899 | $ 318.04 |
| Baack | John | | $ 15,390.77 |
| Baack | Stephen | 17499 | $ 3,651.23 |
| Baber | Christopher | 17884 | $ 4,127.40 |
| Babi | Mike | 19148 | $ 2,054.10 |
| Backman | Michael | 14385 | $ 3,579.18 |
| Backstrom | Jim | 26005 | $ 5,672.19 |
| Bacon | Andrew | 19188 | $ 1,493.03 |
| Bacon | Robert | 14235 | $ 896.39 |
| Baddgor | Vicki | 28712 | $ 4,624.46 |
| Badgett | Anthony | 10191 | $ 3,286.40 |
| Bagnall | Verlonda | 29645 | $ 4,335.43 |
| Bailey | Donna | 1520 | $ 1,937.48 |
| Baker | Charee | 21680 | $ 1,106.69 |
| Baker | Griff | 16153 | $ 3,486.78 |
| Baker | Janice | 20179 | $ 26,880.50 |
| Baker | Jennifer | 18962 | $ 1,846.93 |
| Baker | Julius | 15554 | $ 848.11 |
| Baker | Kenneth | 23316 | $ 1,979.65 |
| Baker | Michael | 22637 | $ 852.97 |
| Baker | Michelle | 19879 | $ 2,728.32 |
| Baker | Robert | 19178 | $ 166.67 |
| Balderrama | Ricardo | 12017 | $ 1,879.18 |

**Proposed Allocation**
Total (see footnote) **$ 11,761,383.91**

| Last | First | Emp # | Allocation |
|---|---|---|---|
| Baldridge | Quincy | 22119 | $ 1,563.38 |
| Ballinger | Jim | 19339 | $ 2,487.90 |
| Baltic | George | 27071 | $ 3,648.99 |
| Bamrick | Corine | 20854 | $ 4,005.73 |
| Bamrick | Kirk | 21765 | $ 674.41 |
| Bankhead | Nicole | 13510 | $ 6,168.28 |
| Banks | Bruce | 20575 | $ 14,524.00 |
| Banks | Charles | 20607 | $ 171.70 |
| Banks | John | 22728 | $ 716.40 |
| Barakie | Deha | 23109 | $ 614.00 |
| Barber | Anthony | | $ 15,174.00 |
| Barbour | Tony | 23856 | $ 2,487.66 |
| Barela | Barbara | 14243 | $ 1,447.68 |
| Barghout | Bechara | 17640 | $ 2,179.35 |
| Barkan | Richard | 24997 | $ 394.03 |
| Barker | William | 24867 | $ 1,632.30 |
| Barlage | Heather | 18136 | $ 871.48 |
| Barlan | Corazon | 15653 | $ 2,272.16 |
| Barlow | David | 17937 | $ 229.83 |
| Barlow | Reginold | 19990 | $ 3,188.14 |
| Barnes | Don | 21922 | $ 180.40 |
| Barnett | Terrell | 15650 | $ 480.56 |
| Barraclough | Scott | 25722 | $ 4,118.66 |
| Barre | Mark | 24757 | $ 187.18 |
| Barrett | Gary | 13269 | $ 2,114.72 |
| Barrett | James | 18083 | $ 3,375.52 |
| Barrett | Nathan | 24772 | $ 338.92 |
| Barroll Jr | Charles | 21849 | $ 3,076.22 |
| Bartee | Derek | 17678 | $ 972.05 |
| Bass | Darrell | 13421 | $ 334.82 |
| Bates | Michael | 14809 | $ 4,357.21 |
| Batsell II | Richard | 16456 | $ 1,636.28 |
| Batten | Chris | 14302 | $ 1,194.00 |
| Batts | Jefferson | 14208 | $ 6,650.60 |
| Bauer | John | 21103 | $ 304.61 |
| Baustian | Kevin | 18082 | $ 12,894.74 |
| Beard | Steven | 16520 | $ 834.60 |
| Beasley | Karen | 11963 | $ 11,289.64 |
| Beaudean | Paul | 17160 | $ 36,845.34 |
| Bebinger (Knapp) | Elizabeth | 16261 | $ 796.39 |
| Bebout | David | 23920 | $ 128.61 |
| Bee | Amanda | 18208 | $ 496.40 |
| Beelitz | Eric | 18029 | $ 852.00 |
| Behm | Jesse | 19402 | $ 4,303.91 |
| Behrens | Michael | 17880 | $ 2,261.04 |
| Beikman | Diane | 15818 | $ 3,079.99 |
| Bell | Felicia | 25077 | $ 296.10 |
| Bell | James | 16711 | $ 23,477.25 |
| Bell-Campbell | Kimberley | 18999 | $ 468.66 |
| Bello | Theresa | 8871 | $ 7,457.59 |
| Bellows | Cary | 10468 | $ 4,067.13 |
| Benattar | Pete | 18327 | $ 904.67 |
| Benavides | Jesse | | $ 3,305.76 |
| Bender | Scott | 23396 | $ 961.64 |

**Proposed Allocation**
Total (see footnote) **$ 11,761,383.91**

| **Last** | **First** | **Emp #** | **Allocation** |
|---|---|---|---|
| Benkowski | Priscilla | 18565 | $ 345.39 |
| Bennett | Patrick | 12983 | $ 3,474.56 |
| Bennett | Todd | 23285 | $ 350.00 |
| Bentley | Brandian | 20668 | $ 5,619.67 |
| Benton (Martinez) | Dolly | 24788 | $ 257.34 |
| Bentz | David | 16870 | $ 1,114.80 |
| Berard | Lee | 22777 | $ 6,089.38 |
| Berceau | Paul | 20884 | $ 463.46 |
| Berg Jr. | Michael | 16104 | $ 409.23 |
| Berinson | Joel | 17422 | $ 239.42 |
| Berry | Matthew | 24636 | $ 2,337.88 |
| Bertolino | Sal | 10901 | $ 1,458.13 |
| Bertrand | Musa | 23783 | $ 1,136.61 |
| Best | Fred | 18132 | $ 96.10 |
| Besterman | William | 14706 | $ 1,308.14 |
| Beu-James | Donna | 15181 | $ 12,185.94 |
| Beutel (Ryan) | Deborah | 13423 | $ 2,915.52 |
| Beyer | Nevin | 10014 | $ 13,693.55 |
| Biederman | Ronald | 14494 | $ 2,429.51 |
| Bienvenu | Michael | 13043 | $ 5,665.55 |
| Bierkortte | Raymond | 20936 | $ 140.53 |
| Biever | Clinton | 13670 | $ 7,515.81 |
| Bigler | Deanna | 21365 | $ 16,209.36 |
| Bilbrey | John | 17972 | $ 448.00 |
| Birkett | Mike | 16640 | $ 1,710.74 |
| Bishop | Judith | 16328 | $ 2,201.12 |
| Bizanos | Emanuel | 21150 | $ 90.91 |
| Bjornson | Gregory | 12090 | $ 16,479.26 |
| Black | Carrie | 25571 | $ 2,745.77 |
| Black | Justin | 16154 | $ 1,625.12 |
| Black | Leslie | 27660 | $ 3,323.83 |
| Black | Todd | 13162 | $ 3,754.01 |
| Blackburn | Kenneth | 12801 | $ 6,012.03 |
| Blackwell | Janice | 16637 | $ 4,008.28 |
| Blackwell | Kimberly | 20640 | $ 801.46 |
| Blanchard | Tammy | 23308 | $ 8,268.25 |
| Blessing | David | 20804 | $ 389.12 |
| Blessing III | Thomas | 16788 | $ 374.42 |
| Blodgett | Jason | 9924 | $ 5,555.29 |
| Bluhm | Eric | 19833 | $ 3,724.76 |
| Blum | John | 16651 | $ 4,023.43 |
| Blum | Rick | 14667 | $ 1,984.42 |
| Boackle | Mark | 10914 | $ 1,652.39 |
| Boddy | Faith | 13086 | $ 1,453.78 |
| Bodeau | Jody | 13905 | $ 9,060.72 |
| Boettger | Jeffrey | 22518 | $ 21,733.58 |
| Bogdansky | Brian | 20560 | $ 98.89 |
| Bohacheff | Joni | 24444 | $ 7,008.81 |
| Bojrab | Brian | 11542 | $ 1,619.88 |
| Bolton | Michael | 14482 | $ 11,769.26 |
| Bona-Malwal | Edward | 711 | $ 8,784.46 |
| Bond | Ronald | 3534 | $ 1,088.06 |
| Bonica | Jason | 25161 | $ 3,803.92 |
| Booker | Angela | 17075 | $ 168.60 |

**Proposed Allocation**
Total (see footnote) **$ 11,761,383.91**

| Last | First | Emp # | Allocation |
|---|---|---|---|
| Booker | James | 19166 | $ 92.45 |
| Bookman | Horace | 19726 | $ 9,746.93 |
| Boparai | Baljit | 18629 | $ 12,247.70 |
| Borg | Brent | 15705 | $ 256.52 |
| Bork | William | 20053 | $ 2,716.28 |
| Boss | Carson | 12624 | $ 9,454.12 |
| Boston | Anthony | 10475 | $ 5,571.46 |
| Boucher | Christel | 10150 | $ 11,553.40 |
| Bourgeois | Scott | 18298 | $ 1,113.28 |
| Bouvier | David | 16249 | $ 1,282.08 |
| Bowen | Harold | 24746 | $ 96.15 |
| Bowers | Travis | 13604 | $ 1,479.18 |
| Bowman (Lindsay) | Erin | 2610 | $ 27,340.71 |
| Boyd | Clifton | 13217 | $ 1,972.44 |
| Boyd | David | 18354 | $ 1,093.80 |
| Boyd | Hugh | 20090 | $ 257.64 |
| Boyer | Don | 16706 | $ 14,733.92 |
| Braadland | Peter | 27641 | $ 2,059.33 |
| Bracht | Linda | 18860 | $ 3,639.27 |
| Brackins | Suzanne | 13182 | $ 690.96 |
| Bradford | Blaine | 15094 | $ 8,116.08 |
| Bradford | Robert | 11266 | $ 14,789.06 |
| Brading | Roger | 20307 | $ 774.95 |
| Bradley | Charlotte | 23318 | $ 7,615.83 |
| Bradshaw | Terrence | 27201 | $ 3,829.63 |
| Brady | Amy | 1057 | $ 13,091.63 |
| Brady | James | 24055 | $ 5,060.40 |
| Brady Jr. | Richard | 16096 | $ 1,987.09 |
| Brandon | Rachel | 17936 | $ 383.33 |
| Brandt Jr. | James | 7465 | $ 9,050.90 |
| Braswell | James | 16374 | $ 744.05 |
| Bratcher | Lori | 3419 | $ 10,432.79 |
| Bravo | Silvia | 21516 | $ 763.42 |
| Breaz | George | 20647 | $ 2,331.69 |
| Bremer | Todd | 13268 | $ 15,987.64 |
| Breuner | Michael | 26472 | $ 3,648.99 |
| Brewer | John | 26585 | $ 18,028.16 |
| Brewer (Catanzaro) | Stacey | 15953 | $ 5,583.97 |
| Brill-Gnat | Hannah | 19684 | $ 350.52 |
| Brindley | Frank | 28015 | $ 5,599.93 |
| Brisch Jr. | Andrew | 17201 | $ 628.64 |
| Brister | Glenn | 9519 | $ 4,896.54 |
| Britt Jr. | Walter | 10140 | $ 5,714.70 |
| Britton | Mary | 1213 | $ 14,741.45 |
| Britton | Roy | 13571 | $ 2,392.95 |
| Broadwater | Larry | 14058 | $ 3,157.23 |
| Brock | Daryl | 17596 | $ 13,061.98 |
| Brock | Greg | 19733 | $ 1,773.59 |
| Brock | Virginia | 23098 | $ 352.07 |
| Brocksmith | Jack | 22662 | $ 4,867.86 |
| Brooks | Kenneth | 1019 | $ 1,854.94 |
| Brooks-Pence | Idona | 20138 | $ 2,574.12 |
| Brophy | Thomas | 11131 | $ 1,314.87 |
| Brosher | Chad | 24587 | $ 4,206.86 |

**Proposed Allocation**
Total (see footnote) **$ 11,761,383.91**

| Last | First | Emp # | Allocation |
|---|---|---|---|
| Brosius | Amy | 23581 | $ 1,737.44 |
| Browder | Thomas | 13630 | $ 1,206.97 |
| Brown | Adam | 26126 | $ 7,153.46 |
| Brown | Charles | 22471 | $ 1,740.42 |
| Brown | Crystal | 24621 | $ 313.85 |
| Brown | Elizabeth | 22070 | $ 9,343.93 |
| Brown | Gary | 11132 | $ 1,511.43 |
| Brown | Johnny | 20819 | $ 2,877.74 |
| Brown | Michael | 21836 | $ 1,292.53 |
| Brown | Michelle | 14234 | $ 2,511.22 |
| Brown | Nathan | 23320 | $ 795.79 |
| Brown | Phyllis | 24281 | $ 2,358.46 |
| Brown | Scott | 11056 | $ 1,819.44 |
| Brown | Shirley | 6657 | $ 12,053.27 |
| Brown | Sonya | 13742 | $ 1,035.80 |
| Brown | Todd | 23576 | $ 1,276.52 |
| Brown | Zelfaris | 1760 | $ 31,637.34 |
| (Brown) Evanich | Dennis | 27696 | $ 3,359.96 |
| Brown Morgan | Laurie | 22033 | $ 9,601.98 |
| Browns-Evanich | Kim | 16302 | $ 6,368.53 |
| Brummett | Shannon | 12843 | $ 4,821.72 |
| Brush | Jacqueline | 19231 | $ 981.76 |
| Bryan | Sherman | 23743 | $ 509.23 |
| Bryant | Syleenia | 17533 | $ 3,649.79 |
| Bryant | Wilson | 26444 | $ 3,576.73 |
| Bryant Jr. | Thomas | 19736 | $ 2,499.82 |
| Bryson | James | 21162 | $ 2,567.73 |
| Buchanan | Chris | 21867 | $ 2,861.52 |
| Buchberger | Joyce | 13739 | $ 3,801.00 |
| Budde | Michael | 24245 | $ 224.32 |
| Budo | Jennifer | 17702 | $ 1,649.25 |
| Buenaventura | Dennis | 10990 | $ 10,664.28 |
| Bunch Jr | Johnnie | 25872 | $ 36,670.50 |
| Burch | Travis | 20471 | $ 10,237.77 |
| Burchfiel | Craig | 19910 | $ 11,928.32 |
| Burden | Lisa | 11538 | $ 920.78 |
| Burdine | Clarence | 18216 | $ 2,864.27 |
| Burgess | Matthew | 14187 | $ 10,901.28 |
| Burk | Helen Jenean | 10760 | $ 4,436.79 |
| Burkeen | Nathan | 17766 | $ 526.92 |
| Burkley | Bryan | 25079 | $ 292.31 |
| Burleson | Kenneth | 20546 | $ 248.95 |
| Burns | Donald | 15831 | $ 639.77 |
| Burnside | Linda | 8869 | $ 2,353.15 |
| Burress | Joyce | 14230 | $ 3,375.24 |
| Burton | Tammy | 16444 | $ 11,171.60 |
| Busby | Ricky | 11015 | $ 10,356.45 |
| Butler | Elray | 13832 | $ 532.90 |
| Butler | Erin | 20582 | $ 1,485.21 |
| Butt | Aamir | 2800 | $ 12,989.98 |
| Button | Kenneth | 20175 | $ 8,601.48 |
| Butzine | Andrew | 17829 | $ 3,984.98 |
| Byassee (Dotson) | Delores | 15658 | $ 13,385.32 |
| Byers | Matthew | 14320 | $ 2,025.01 |

**Proposed Allocation**
Total (see footnote) **$ 11,761,383.91**

| Last | First | Emp # | Allocation |
|---|---|---|---|
| Byrd | Henry | 24312 | $ 587.99 |
| Caban-Roos | Elizabeth | 22106 | $ 1,706.21 |
| Cabassa | Renardo | 23108 | $ 563.72 |
| Cabassi Jr | Carlos | 18793 | $ 323.94 |
| Cabral | Ruben | 12798 | $ 3,368.91 |
| Calderwood | Betty | 13395 | $ 10,464.00 |
| Caldwell | Linda | 22053 | $ 3,196.09 |
| Cales | Robert | 12451 | $ 1,679.72 |
| Callier | Lawanda | 10755 | $ 8,469.79 |
| Callison | Matt | 15579 | $ 6,431.71 |
| Camaligan | Raul | 15529 | $ 5,197.06 |
| Campbell | Jason | 12623 | $ 5,905.44 |
| Campfield | Todd | 17608 | $ 4,605.92 |
| Campos | Marcelo | 20887 | $ 120.73 |
| Canady | Teresa | 18876 | $ 979.30 |
| Candido | Deborah | 16070 | $ 1,023.11 |
| Cannon | Norman | 25058 | $ 208.33 |
| Cantrell | Tammy | 22789 | $ 2,553.11 |
| Canull | Rebecca | 10010 | $ 4,514.65 |
| Capers | Brian | 15803 | $ 998.77 |
| Capozzi | Joseph | 20162 | $ 335.97 |
| Carilli | Cynthia | 18709 | $ 373.22 |
| Carlin | Jeremy | 24195 | $ 618.91 |
| Carlo | Joseph | 24494 | $ 966.04 |
| Carlson | Courtney | 21274 | $ 397.84 |
| Carlyle | Steve | 24781 | $ 6,338.53 |
| Carnes | Jeremiah | 20030 | $ 12,774.35 |
| Carpenter | Gary | 1869 | $ 13,287.17 |
| Carr | Greg | 24443 | $ 6,212.51 |
| Carr | Jennifer | 11210 | $ 797.23 |
| Carrier | Stanley | 13735 | $ 2,290.69 |
| Carroll | Thomas | 22713 | $ 6,082.96 |
| Carter | Christopher | 25658 | $ 96.10 |
| Carter | Doneva | 4269 | $ 4,633.64 |
| Carter | Michael | 15546 | $ 5,790.20 |
| Carter | Tracy | 13663 | $ 9,611.20 |
| Cartmille | David | 18356 | $ 439.75 |
| Casas | David | 22095 | $ 2,140.68 |
| Cashman | Richard | 20387 | $ 2,987.07 |
| Castillero | Carlos | 19096 | $ 964.82 |
| Castillo | George | 22105 | $ 25,949.14 |
| Catlin | Mark | 12056 | $ 7,412.89 |
| Cato | Laurie | 23966 | $ 10,268.46 |
| Cavanaugh | Frank | 21278 | $ 606.22 |
| Ceballos | Tina | 19173 | $ 1,024.54 |
| Cecil | Francis | 25196 | $ 209.23 |
| Cecilia | Anthony | 15010 | $ 1,644.53 |
| Celis | Marc | 25732 | $ 5,720.36 |
| Ceman | Todd | 24118 | $ 1,480.88 |
| Cenatus | Benjamin | 12383 | $ 3,354.15 |
| Ceravola | Wesley | 22693 | $ 1,661.91 |
| Cervantes | Rosario | 16875 | $ 1,996.27 |
| Cesear | James | 13842 | $ 8,331.75 |
| Chainani | Jeevan | 20841 | $ 1,661.42 |

**Proposed Allocation**
Total (see footnote) **$ 11,761,383.91**

| Last | First | Emp # | Allocation |
|---|---|---|---|
| Chalson | Steven | 19991 | $ 3,228.99 |
| Chambers | Eric | 17482 | $ 5,118.43 |
| Chambers | Rebecca | 16266 | $ 12,148.26 |
| Chambers | Sebastian | 16847 | $ 1,311.33 |
| Chandler | Carline | 19868 | $ 23,689.18 |
| Chappelear | Patsy | 21159 | $ 295.45 |
| Charest | Rodney | 13529 | $ 9,570.48 |
| Charles | Melimon | 19927 | $ 570.67 |
| Chason | Wayne | 16790 | $ 252.04 |
| Chavez | David | 16087 | $ 791.88 |
| Chavez | Rafael | 12001 | $ 4,671.76 |
| Chavez (Davis) | Kristin | 19751 | $ 588.99 |
| Chbeir | Joseph | 25175 | $ 322.73 |
| Cheatham | Timothy | 23170 | $ 14,764.19 |
| Cheever | Brian | 12409 | $ 4,063.72 |
| Cheung | Kai | 23606 | $ 496.57 |
| Chiacchio | Frank | 24226 | $ 529.15 |
| Childs | Brad | 18088 | $ 17,937.25 |
| Chipp | Melissa | 24783 | $ 4,619.76 |
| Chipres | Armando | 12345 | $ 416.67 |
| Chirico | John | 17388 | $ 2,082.00 |
| Choi | Kue | 19114 | $ 913.56 |
| Chong | Han | 3377 | $ 32,131.90 |
| Christiansen | Roy | 21888 | $ 3,899.53 |
| Christman | Robert | | $ 7,045.07 |
| Cipriano Jr. | Charles | 16049 | $ 1,018.69 |
| Cira | MiSuk | 17695 | $ 4,463.54 |
| Cisneroz | Kevin | 25267 | $ 30,051.85 |
| Ciufolo (Toliver) | Edie | 16674 | $ 4,036.47 |
| Clancy | Lawrence | 14477 | $ 598.00 |
| Clark | Darin | 11677 | $ 15,699.75 |
| Clark | Fawn | 25971 | $ 4,599.98 |
| Clark | Kenneth | 23441 | $ 1,930.69 |
| Clark | Loretta | 19819 | $ 297.34 |
| Clark | Richard | 24891 | $ 2,448.69 |
| Clark | Stacy | 14924 | $ 2,064.67 |
| Clark | Timothy | 13942 | $ 3,405.87 |
| Clark | Troy | 12678 | $ 3,861.61 |
| Clarno | Steve | 10847 | $ 11,728.33 |
| Claudino | Michelina | 17118 | $ 3,288.33 |
| Clay | Barbara | 28278 | $ 8,454.09 |
| Clay | Stephen | 13624 | $ 578.53 |
| Clayton | David | 18985 | $ 755.58 |
| Clemens | Linda | 18303 | $ 3,729.15 |
| Clevenger | Steve | 15206 | $ 12,597.32 |
| Clifton | Michael | 16376 | $ 1,911.80 |
| Cline | William | 17127 | $ 1,890.20 |
| Cloninger | William | 10993 | $ 3,613.30 |
| Cluck | Michael | 24296 | $ 1,100.26 |
| Cochrane (Babinski) | Julie | 24164 | $ 494.91 |
| Coe | Aimee | 16916 | $ 344.07 |
| Coffield | Darren | 21747 | $ 1,458.10 |
| Coffman | Debbie | 3303 | $ 7,787.11 |
| Coffman | Ernest | 22949 | $ 5,661.30 |

**Proposed Allocation**
Total (see footnote) **$ 11,761,383.91**

| **Last** | **First** | **Emp #** | **Allocation** |
|---|---|---|---|
| Cohen | Andrew | 16728 | $ 958.39 |
| Colbert | John | 19759 | $ 2,518.11 |
| Colby | Arthur | 18108 | $ 1,737.29 |
| Cole | Janevette | 19813 | $ 8,404.69 |
| Cole | Rozeita | 14787 | $ 668.06 |
| Coleman | Resharma | 15183 | $ 1,359.21 |
| Coleman | Scott | 17979 | $ 610.69 |
| Colley | Tammy | 13042 | $ 3,947.24 |
| Collier | Andre | 16462 | $ 1,266.67 |
| Collier | Hattie | 19341 | $ 12,059.46 |
| Collins | James | 20225 | $ 2,401.51 |
| Collins | Jill | 17966 | $ 850.10 |
| Collins | Linzy | 24869 | $ 201.41 |
| Collins | Marvin | 15878 | $ 4,031.98 |
| Comella | Jennifer | 15396 | $ 1,334.73 |
| Comiskey | James | 22100 | $ 1,164.77 |
| Conklin | Joshua | 22968 | $ 1,674.45 |
| Connolly | Steven | 15203 | $ 4,400.50 |
| Connors | Laurie | 14299 | $ 4,332.58 |
| Consonero | Sam | 14558 | $ 14,433.69 |
| Conway | Andy | 11917 | $ 6,427.38 |
| Conway | Ryan | 17331 | $ 1,379.00 |
| Cook | Jeremy | 26306 | $ 7,587.00 |
| Cook | Johnny | 23965 | $ 12,657.60 |
| Cook | Michael | 18110 | $ 5,228.96 |
| Cook | Steve | 16273 | $ 1,881.09 |
| Cooper | Kent | 3709 | $ 1,387.58 |
| Cooper | Roger | 19718 | $ 47.68 |
| Cooper-Graham | Tracey | 12804 | $ 11,176.01 |
| Copeland | Denita | 14404 | $ 2,167.31 |
| Copenhaver | Tim | 149 | $ 11,777.87 |
| Corbett | Larry | 17544 | $ 2,540.80 |
| Corcoran | Jeff | 12429 | $ 1,236.56 |
| Cornelison | C. Scott | 14055 | $ 2,049.08 |
| Correa | Julissa | 17912 | $ 392.64 |
| Cosby | Dwain | 14832 | $ 96.15 |
| Coulanges | Bony | 20383 | $ 121.37 |
| Cousins | Anna | 12021 | $ 12,108.22 |
| Couture | Michael | 23548 | $ 16,562.95 |
| Cox | Catherine | 18217 | $ 1,802.25 |
| Cox | Edward | 19297 | $ 16,352.37 |
| Cox | Jeff | | $ 27,493.84 |
| Cox | Pamela | 19654 | $ 2,892.24 |
| Crane | Robert | 19824 | $ 839.41 |
| Crank | DeAngelia | 21306 | $ 2,693.40 |
| Cranston | Robert | 17765 | $ 152.22 |
| Crater | David | 15192 | $ 11,355.48 |
| Crawford | David | 25198 | $ 115.74 |
| Crawford | Lawrence | 24119 | $ 9,116.92 |
| Craycraft-Peterson | Tamara | 20872 | $ 1,659.95 |
| Crenshaw | Vincent | 24060 | $ 106.41 |
| Cripps | Russell | 10814 | $ 8,740.14 |
| Crispo | Sandra | 21167 | $ 452.69 |
| Crocken (Bowers) | Kelly | 23077 | $ 956.09 |

**Proposed Allocation**
Total (see footnote) **$ 11,761,383.91**

| Last | First | Emp # | Allocation |
|---|---|---|---|
| Crocker | Richard | 3424 | $ 1,231.34 |
| Croft | Kerry | 10710 | $ 2,193.49 |
| Cross | Robert | 24600 | $ 913.32 |
| Cross | Sherry | 1517 | $ 7,269.63 |
| Crouch | Robert | 11306 | $ 4,178.42 |
| Crowder | Nathan | 15347 | $ 136.92 |
| Crowser | Valerie | 19568 | $ 879.70 |
| Crowson | Ryan | 22959 | $ 1,031.46 |
| Crummey | Michael | 25540 | $ 6,701.73 |
| Crump | Michael | 25764 | $ 7,081.20 |
| Cubos | Romel | 18630 | $ 11,714.88 |
| Cummings | Kyle | 23967 | $ 4,245.21 |
| Cummings | Tom | 15590 | $ 3,636.11 |
| Cunningham | Myra | 14886 | $ 104.70 |
| Cunningham | Robin | 20477 | $ 630.72 |
| Curlo | Greg | 14150 | $ 9,982.81 |
| Currin Jr | Montell | 19232 | $ 3,994.25 |
| Curtis | Bradley | 21498 | $ 1,969.80 |
| Curtis | Charles | 15275 | $ 1,974.93 |
| Cwelich | Kirk | 12926 | $ 8,815.49 |
| Cymbalak | Peter | 13791 | $ 3,544.64 |
| Czacher | James | 21500 | $ 10,526.95 |
| Czerniejewski | Scott | 9218 | $ 5,722.53 |
| D'Andria | Dennis | 20435 | $ 831.89 |
| Dahl | Danny | 22259 | $ 8,751.78 |
| Dahme | Wayne | 22391 | $ 1,584.72 |
| Dailey | Stephanie | 1888 | $ 966.52 |
| Dalton | Rickey Dean | 19841 | $ 2,765.25 |
| Daly | Jess | 17663 | $ 2,877.50 |
| Damon | Mark | 15887 | $ 3,978.78 |
| Daniels | Charo | 25310 | $ 5,769.18 |
| Daqiq | Wali | 15191 | $ 49,032.17 |
| Dar | Azim | 23901 | $ 671.33 |
| Daugherty | Harold | 18938 | $ 1,167.50 |
| Daugherty | Michael | 11393 | $ 9,658.15 |
| Davidson II | Robert | 21200 | $ 571.15 |
| Davila | Ariel | 18823 | $ 2,296.10 |
| Davis | Bobby | 18398 | $ 4,243.62 |
| Davis | Casey | 3355 | $ 5,091.72 |
| Davis | Donna | 17054 | $ 743.88 |
| Davis | Frank | 24037 | $ 1,996.30 |
| Davis | James | 12620 | $ 731.15 |
| Davis | Jason | 13105 | $ 1,367.04 |
| Davis | Laraine | 17258 | $ 14,561.36 |
| Davis | Matt | 15339 | $ 70.49 |
| Davis | Tanna | 23232 | $ 972.51 |
| Davis | Teresa | 22829 | $ 1,415.45 |
| Davis-Tucker | Daniel | 14278 | $ 1,127.47 |
| Davy | Brigette | 18960 | $ 3,005.41 |
| Dawson | Christopher | 21023 | $ 1,758.25 |
| Day | Angela | 14768 | $ 7,998.72 |
| Day | Clifton | 14978 | $ 826.61 |
| Day | Roger (Tony) | 15572 | $ 4,499.45 |
| De Mesa | Dexter | 25439 | $ 55.39 |

**Proposed Allocation**
Total (see footnote) **$ 11,761,383.91**

| Last | First | Emp # | Allocation |
|---|---|---|---|
| Deaton | Marvin | 22390 | $ 1,681.94 |
| Decker | Jessica | 20412 | $ 838.43 |
| Dees | Sheila | 20406 | $ 11,633.72 |
| DeGregorio | Sharon | 7562 | $ 3,982.26 |
| Del Rio | Jose | 21189 | $ 1,544.75 |
| DeLacey | Deborah | 18436 | $ 5,096.44 |
| DeLaGarza | Lisa | 10458 | $ 1,576.23 |
| Delgado | Alfredo | 18569 | $ 2,059.27 |
| Delgado | Herbert | 25073 | $ 78.02 |
| Dell | Kent | 24346 | $ 1,066.90 |
| Delperdang | Candice | 22564 | $ 2,217.46 |
| DeMarla | Frank | 23291 | $ 881.92 |
| Demorett | Steven | 23480 | $ 7,165.07 |
| Depascale | Aldo | 15834 | $ 2,495.00 |
| DePriest | Deborah | 20518 | $ 1,485.09 |
| DeRoche | Brian | 18686 | $ 5,089.91 |
| DeRose | Jacqueline | 21681 | $ 689.55 |
| DeSchalit | Michael | 17107 | $ 113.64 |
| Deschamps | Dan | 17648 | $ 8,782.47 |
| Destefani | Jerry | 23794 | $ 1,618.51 |
| Detalente | Brian | 24748 | $ 383.44 |
| DeVera | James | 11487 | $ 17,116.44 |
| Devine | Traci | 1538 | $ 4,202.99 |
| Devita | Alley | 24771 | $ 160.25 |
| DeWalt | Todd | 23795 | $ 2,895.87 |
| DeWitt | William | 12365 | $ 726.92 |
| Diaz | John | 15379 | $ 4,091.47 |
| Diaz | Lucy | 21839 | $ 1,046.11 |
| Diaz-Saavedra | Lorraine | 15523 | $ 1,256.30 |
| Dickey | Curt | 21549 | $ 981.76 |
| Dickinson | Charles | 23433 | $ 804.60 |
| Dickson | Kathy | 13895 | $ 165.49 |
| Diehl | Daniel | 1274 | $ 4,762.29 |
| Dietrich | Tracy | 15479 | $ 437.55 |
| Difronzo | Michael | 23238 | $ 661.39 |
| Diggs | Jeremy | 23938 | $ 874.14 |
| Dillier | Michael | 15364 | $ 651.11 |
| Dillon III | Edward | 20764 | $ 3,936.78 |
| DiLorenzo | Steven | 17849 | $ 17,834.57 |
| Dionne (Dubois) | Nancy | 11859 | $ 5,709.67 |
| DiRienzo | Richard | 10692 | $ 8,374.25 |
| Dittmer | Donald | 17090 | $ 603.58 |
| Dixon | Paul | 18705 | $ 3,617.74 |
| Doce | Robert | 2904 | $ 2,227.74 |
| Dockery | Joanne | 22941 | $ 1,070.97 |
| Dockswell | Kelly | 3693 | $ 10,730.62 |
| Dodge | Darren | 16055 | $ 366.14 |
| Dolianitis | Michael | 22026 | $ 226.52 |
| Donahue | DeShae | 19862 | $ 1,898.62 |
| Donnelli | John | 18218 | $ 1,543.61 |
| Donnelly | Patrick | 10202 | $ 507.18 |
| Dooley | Brandon | 12361 | $ 9,255.70 |
| Doolittle | Charles (Craig) | 23762 | $ 658.72 |
| Dorian | Michael | 29841 | $ 6,322.50 |

**Proposed Allocation**
Total (see footnote) **$ 11,761,383.91**

| Last | First | Emp # | Allocation |
|---|---|---|---|
| Dorsey | Tamara | 23775 | $ 904.63 |
| Dotson | Walter | 17053 | $ 1,057.50 |
| Dotti | Louis | 17511 | $ 2,907.96 |
| Doucette | Robert | 16963 | $ 603.80 |
| Douglass | Doug | 10146 | $ 12,978.67 |
| Dow | Sylvia | 16649 | $ 5,170.42 |
| Dowdy | Wayne | 22076 | $ 1,326.20 |
| Downing c/o Kristy Bartell | Patricia | 23670 | $ 1,341.30 |
| Doyle | Michael | 8768 | $ 11,743.09 |
| Drago | Anne | 18598 | $ 5,779.91 |
| Dralle | Mitchell | 24871 | $ 34.88 |
| Drayton | Derek | 20484 | $ 421.05 |
| Driscoll | Jerry | 22441 | $ 641.24 |
| Driskill | Robert | 18919 | $ 9,304.89 |
| Driver | Angela | 19088 | $ 955.43 |
| Druktenis | Sean | 18596 | $ 11,379.00 |
| Dryak | Brian | 11294 | $ 23,935.27 |
| Dubenion | Kevin | 12935 | $ 789.15 |
| Dudley | Greg | 12749 | $ 3,342.89 |
| Dudley | Jerome | 20569 | $ 154.04 |
| Duerr (Hager) | James | 13765 | $ 6,268.15 |
| Dugger | Lisa | 18937 | $ 3,952.11 |
| Duggins (Scott) | Doris | 26921 | $ 5,419.29 |
| Dukes | Angelique | 8661 | $ 601.66 |
| Duncan | Bill | 23861 | $ 779.47 |
| Duncan | Jon | 23267 | $ 14,529.82 |
| Duncan | Richard | 18570 | $ 12,504.33 |
| Dunn | Anne | 11338 | $ 3,496.38 |
| Duplessis | Nicole | 23587 | $ 583.19 |
| Dupree | Terrylynn | 24083 | $ 858.29 |
| Durant II | Hector | | $ 20,846.19 |
| Durham | Aki | 19656 | $ 488.60 |
| Durr | Denise | 21784 | $ 1,947.88 |
| Durr | Michael | 11246 | $ 215.13 |
| Duvall | Elizabeth "Liz" | 23197 | $ 7,577.78 |
| Earle | Aimee | 23089 | $ 1,709.56 |
| Earnhardt | Jeffrey | 9916 | $ 10,005.96 |
| Easley | Carolyn | 17122 | $ 472.92 |
| Eaton | Christine | 13626 | $ 7,808.95 |
| Eaton | Marty | 8584 | $ 624.55 |
| Eck | David | 19685 | $ 540.55 |
| Eckstrom | David | 2591 | $ 1,506.57 |
| Economou | Charles | 12723 | $ 9,781.12 |
| Eddington | Josh | 19461 | $ 2,882.50 |
| Eddy | Barbara | 10312 | $ 11,200.13 |
| Edwards | Billie | 23578 | $ 2,802.45 |
| Edwards | Donald | 26224 | $ 3,323.83 |
| Edwards | Keri | 11664 | $ 15,130.48 |
| Eggers | Shellie | 15611 | $ 209.23 |
| Eickhoff | Timothy | 11760 | $ 6,863.63 |
| Eisenberger | Nancy | 21473 | $ 9,486.43 |
| Elam | Gene | 20867 | $ 1,451.17 |
| Eliason (Skowronski | Ruth | 20331 | $ 3,277.12 |
| Ellefson | Gwen | 13685 | $ 6,928.64 |

**Proposed Allocation**
Total (see footnote) **$ 11,761,383.91**

| Last | First | Emp # | Allocation |
|---|---|---|---|
| Ellerman-Harlow | Betsy | 21178 | $ 511.13 |
| Elliott | Jeremy | 23242 | $ 382.47 |
| Elliott | Thomas | 13657 | $ 8,043.41 |
| Ellis | Anthony | 13921 | $ 6,030.89 |
| Ellis | Chevalle | 18295 | $ 1,459.83 |
| Ellis | Jeffrey | 16946 | $ 564.77 |
| Ellis | Richard | 19407 | $ 503.17 |
| Ellison | Tammy | 23091 | $ 550.00 |
| Elsing | Paul | 2933 | $ 1,391.22 |
| Emerson | Derek | 8965 | $ 31,219.35 |
| Encalarde | Eddie | 16244 | $ 6,718.48 |
| Engebretson | Travis | 24763 | $ 11,472.58 |
| Engel | James | 16716 | $ 13,267.97 |
| Engel | Troy | 17296 | $ 15,962.14 |
| Engelhardt | Michael | 14335 | $ 14,913.02 |
| Enloe | Brian | 10298 | $ 3,444.65 |
| Ennis | Carlos | 24605 | $ 539.11 |
| Ennis | Douglas | 13057 | $ 6,096.14 |
| Ennis (DuCharme) | Erin | 17650 | $ 16,430.11 |
| Enochs | Brian | 22405 | $ 2,372.67 |
| Erdt | Diana | 11941 | $ 7,403.01 |
| Erlanger | Robert | 15071 | $ 1,034.94 |
| Ernst | Matthew | 2279 | $ 10,192.49 |
| Erwin Jr. | Wally | 2755 | $ 705.82 |
| Esa | Sabrina | 18320 | $ 4,834.88 |
| Espinoza | Daniel | 24120 | $ 626.54 |
| Espinoza | Greg | 11551 | $ 4,152.23 |
| Espinoza | Helena | 14033 | $ 1,294.61 |
| Esposito (Markum) | Sarah | 21655 | $ 7,753.47 |
| Esquibel | Todd | 19306 | $ 3,256.57 |
| Esquivel | Ezra | 20429 | $ 741.50 |
| Esser | Kurt | 16869 | $ 6,338.97 |
| Esteban | Blanche | 14971 | $ 18,196.41 |
| Estes | John | 17659 | $ 1,190.00 |
| Eubanks | Kyle | 14827 | $ 3,700.45 |
| Evans | Greg | 13835 | $ 4,943.43 |
| Evans | Mark | 22937 | $ 3,441.91 |
| Evans | Shawaan | 21657 | $ 4,767.99 |
| Fair | Cedric | 13769 | $ 3,763.99 |
| Fair | Jeff | 23438 | $ 6,516.90 |
| Fairall | Jennifer | 10341 | $ 1,197.91 |
| Fairman | Robert | 23973 | $ 545.43 |
| Falcon | Salvador | 20762 | $ 216.82 |
| Falzone | Bryant | 21341 | $ 2,525.88 |
| Fargnoli | Sheila | 19477 | $ 2,094.75 |
| Farley | Kristin | 3390 | $ 3,320.89 |
| Farnsworth | Aaron | 24434 | $ 268.06 |
| Farol | Alberto | 23864 | $ 740.30 |
| Farris | James | 20802 | $ 1,163.77 |
| Favata | Peter | 16781 | $ 4,668.92 |
| Favor | Rodderick | 22276 | $ 934.11 |
| Fawl | Kevin | 18640 | $ 1,270.09 |
| Fears | Keran | 11518 | $ 4,632.38 |
| Fedewa | Scott | 17761 | $ 12,387.03 |

**Proposed Allocation**
Total (see footnote) **$ 11,761,383.91**

| Last | First | Emp # | Allocation |
|---|---|---|---|
| Feinman | Lee | 19706 | $ 512.81 |
| Felder | Tyrone | 24018 | $ 613.24 |
| Feldman | Mark | 17381 | $ 12,302.44 |
| Felter | Thomas | 25792 | $ 5,006.29 |
| Fenger | Bryan | 10738 | $ 12,636.24 |
| Fennell | Roderick | 12270 | $ 1,987.37 |
| Fentress | Sean | 16911 | $ 737.33 |
| Fenuccio | Mark | 20382 | $ 558.57 |
| Ferguson | Dennis | 14233 | $ 430.76 |
| Fernandez | Magaly | 16877 | $ 3,627.50 |
| Ferre | Stephanie | 14143 | $ 2,830.65 |
| Ferrero | Robert | 24479 | $ 5,688.33 |
| Feutz | James | 11248 | $ 9,346.87 |
| Field | Robert | 10657 | $ 16,946.81 |
| Fields | Frederick | 22065 | $ 1,612.92 |
| Figaro | Kirkland | 14802 | $ 3,912.78 |
| Figueroa | Keskea | 18957 | $ 850.15 |
| Fikes | Tammy | 27715 | $ 4,154.79 |
| Finarelli | Anthony | 21507 | $ 1,634.79 |
| Finch | Jerry | 13513 | $ 2,007.58 |
| Fink | Jack | 14025 | $ 7,411.65 |
| Fiorello | Robert | 15876 | $ 367.08 |
| Fiorilli Sr. | William | 21791 | $ 5,026.53 |
| Fischer | Nancy | 18884 | $ 1,775.42 |
| Fisher | Dametre | 15001 | $ 2,472.78 |
| Fisher | David | 14209 | $ 2,950.29 |
| Fisher | Thomas | 17232 | $ 856.17 |
| Fitzgerald | Kethus | 10415 | $ 393.19 |
| Fitzgerald | Paul | 13748 | $ 4,935.81 |
| Fladmark-Hunt | Bari | 19110 | $ 1,768.64 |
| Flamm | William | 13109 | $ 7,761.88 |
| Flanders (Branning) | Rebecca | 17320 | $ 5,716.17 |
| Fleischmann | Erick c/o Jerry | 15318 | $ 3,173.19 |
| Fleming (Engel) | Cindy | 12765 | $ 1,134.45 |
| Fletcher | Faith | 25120 | $ 164.62 |
| Fletcher | Kathleen | 17353 | $ 7,956.64 |
| Fleurizard | Louis | 12617 | $ 6,505.01 |
| Flores | Damion | 17777 | $ 1,293.25 |
| Flores | Moises | 17655 | $ 819.21 |
| Flowers | Craig | 15960 | $ 841.36 |
| Floyd | Frank | 9974 | $ 10,930.88 |
| Foley | Nicole | 12868 | $ 1,232.65 |
| Fontenot | Michael | 14894 | $ 2,428.76 |
| Ford | Kyle | 11326 | $ 2,318.55 |
| Forney | Russell | 15097 | $ 5,534.25 |
| Forrester | G. | 12348 | $ 14,873.20 |
| Forte | Anthony | 12433 | $ 16,499.54 |
| Fortich Jr | Jorge | 22451 | $ 1,049.51 |
| Foster | Gaylene | 22029 | $ 1,396.93 |
| Foster | Larry | 14008 | $ 168.60 |
| Foster (Meinert) | Sheril | 17651 | $ 16,038.51 |
| Foster-Toliver | Devon | 11124 | $ 4,055.18 |
| Foust | Randy | 23575 | $ 546.15 |
| Fowlar | Craig | 13888 | $ 2,574.87 |