# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

David C. Casas, et al.,

Plaintiff(s),

v.

Conseco Finance Corporation, et al.,

Defendant(s).

## COURT MINUTES

BEFORE: Susan Richard Nelson
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | CV-00-1512 JRT/SRN |
| Date: | March 11, 2004 |
| Court Reporter: | |
| Tape Number: | |
| Time Commenced: | 9:30 a.m. |
| Time Concluded: | 9:45 a.m. |
| Time in Court: | 15 Minutes |

## APPEARANCES:

Plaintiff(s): Donald Nichols, Paul Lukas for David C. Casas, et al.

Defendant(s): Ann Huntrods for Conseco Finance Corporation, et al.

Interpreter / Language: /

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.

**ORDER TO BE SUBMITTED BY:** ☒ **COURT** ☐ **PLAINTIFF** ☐ **DEFENDANT**

*PLEASE TEXT IN DETAILS HERE (INCLUDING DOC #'S AND TILES)*

Settlement Hearing.

Motions taken under advisement as of:

☒ ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☐ R&R TO BE ISSUED ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court ☐ Exhibits returned to counsel

s/ Chad Drown
Signature of Chad Drown