**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**David C. Casas, et al.,** **Civil No. 00-1512 (JRT/SRN)**

**Plaintiffs**,

**v.**

**Conseco Finance Corp. et al.,**

**Defendants.**

---

**Jesse Benavides, et al.,** **Civil No. 02-3672 (DWF/SRN)**

**Plaintiffs,**

**v.**

**Conseco Finance Corp. et al.,**

**Defendants.**

**ORDER CERTIFYING THE RESULTS OF THE SETTLEMENT AND ALLOCATION SOLICITATION**

---

Donald H. Nichols, Esq., and Paul J. Lukas, Esq., on behalf of Plaintiffs

Ann Huntrods Esq., on behalf of Defendants

---

SUSAN RICHARD NELSON, United States Magistrate Judge

The above entitled matter came before the undersigned United States Magistrate Judge on a joint motion filed by Nichols Kaster & Anderson PLLP on behalf of the Casas and Benavides

Plaintiffs[1] and the Conseco Finance Post-Consummation Estate,[2] as Defendants' successor-in-interest.[3]

Based on all the files, records and proceedings herein,

**IT IS HEREBY ORDERED that:**

**1.** The results of the Solicitation (defined in the Stipulation) as set forth in the Affidavit and Exhibits of Amanda Myette, which is on file with the clerk of court, are hereby certified as valid.

**2.** Plaintiff Michael Cluck did object to the specific allocation to himself in Conseco II, but not to the settlement as a whole. Based on the files, affidavits, and proceedings herein, Michael Cluck's objections are overruled.

**3.** The Settlement and Allocations set forth in the Stipulation are fair to all Parties.

Dated: March 11, 2004

s/ Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

---

[1] The plaintiffs comprise all the persons named in Exhibit A to the Casas Claim and Exhibit A to the Benavides Claim (as defined and described in the Stipulation filed with the clerk of court).

[2] The CFC Estate is the liquidating trust that is the successor-in-interest to the Finance Company Debtors, which comprise the following entities: (i) Conseco Finance Corp. and Conseco Finance Servicing Corp. (collectively, the "CFC Initial Debtors"), (ii) Conseco Finance Corp.–Alabama, Conseco Finance Credit Corp., Conseco Finance Consumer Discount Company, Conseco Finance Canada Holding Company, Conseco Finance Canada Company, Conseco Finance Loan Company, Rice Park Properties Corporation, Landmark Manufactured Housing, Inc., Conseco Finance Net Interest Margin Finance Corp. I, Conseco Finance Net Interest Margin Finance Corp. II, Green Tree Finance Corp.–Two, Conseco Agency of Nevada, Inc., Conseco Agency of New York, Inc., Green Tree Floorplan Funding Corp., Conseco Agency, Inc., Conseco Agency of Alabama, Inc., Conseco Agency of Kentucky, Inc., and Crum-Reed General Agency, Inc. (collectively the "CFC Subsidiary Debtors"), (iii) Green Tree Finance Corp.–Five and Green Tree Residual Finance Corp. I (collectively the "New Debtors"), and (iv) Conseco Finance Credit Card Funding Corp. ("CFCCFC").

[3] The defendants to the Casas and Benavides actions are Conseco Finance Corp., Conseco Finance Servicing Corp., Conseco Finance Credit Corp., Conseco Finance Corp.–Alabama, and Conseco Finance Consumer Discount Company.